1 Ian A. Stewart (State Bar No. 250689)
Ian.Stewart@wilsonelser.com

2 **WILSON, ELSER, MOSKOWITZ,**

3    **EDELMAN & DICKER LLP**
555 South Flower Street, Suite 2900

4 Los Angeles, California 90071-2407
Telephone:(213) 443-5100

5 Facsimile: (213) 443-5101

6

7 **Attorneys for Plaintiffs,**
PRINCIPAL FINANCIAL SERVICES, INC.

8 and PRINCIPAL LIFE INSURANCE COMPANY

9

10 **IN THE UNITED STATES DISTRICT COURT**

11 **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

12

13

14 PRINCIPAL FINANCIAL           )  Case No.: SACV13-409-JVS
SERVICES, INC. and             )           (MLGx)
15                                )
PRINCIPAL LIFE INSURANCE        )
16 COMPANY, an Iowa Corporation, )
                                )
17         Plaintiffs,           )  **COMPLAINT FOR TRADEMARK**
                                )  **INFRINGEMENT, UNFAIR**
18 v.                            )  **COMPETITION AND**
                                )  **TRADEMARK DILUTION**
19 STRATEGIC INSURANCE           )
RESOURCE, INC.                 )
20 a California Corporation,     )
                                )
21                                )
                                )
22         Defendants.           )
                                )
23 _____ )

24

25       Plaintiffs PRINCIPAL FINANCIAL SERVICES, INC. and PRINCIPAL

26 LIFE INSURANCE COMPANY (hereinafter collectively "Plaintiff" or

27 "Principal"), for its complaint against STRATEGIC INSURANCE RESOURCE,

28 INC. (hereinafter "Defendant"), states as follows:

1

## NATURE OF THE ACTION

1.      In this action, Plaintiff seeks injunctive and monetary relief for acts of trademark infringement, unfair competition and trademark dilution.  This action arises under the Lanham Act, Title 15, United States Code § 1051, *et seq*., and the statutes and common laws of the State of California.

## PARTIES

2.      Plaintiff is a corporation duly organized and existing under the laws of the State of Iowa and located at 711 High Street, Des Moines, Iowa 50392.

3.      Plaintiff is the owner of the famous family of PRINCIPAL and PRINCIPAL formative trademarks in the United States and throughout the world. Plaintiff, through its various member companies and licensees, uses the famous family of PRINCIPAL and PRINCIPAL formative trademarks in interstate commerce and throughout the world in connection with a variety of services including, but not limited to, real estate, investment, investment management, financial, banking, lending, mutual funds, retirement, investment advisory, estate planning, tax consultation, underwriting, global asset management, insurance and health care related services.

4.      Upon information and belief, Defendant is a corporation duly organized and existing under the laws of the State of California, with its principal place of business at 9114 Adams Ave., Suite #191, Huntington Beach, California 92646.

5.      Upon information and belief, Defendant is a corporation providing insurance benefits related services and is operating under the trade name, PRINCIPAL BENEFIT & INSURANCES SOLUTIONS (hereinafter the "PRINCIPAL BENEFIT Mark").   Defendant regularly conducts business within this judicial district.

## JURISDICTION AND VENUE

6.      This is a civil action arising under the Lanham Act of the United States, 15 U.S.C. § 1051 *et seq*., subject matter being conferred on this Court under 15

2

1 | U.S.C. § 1121, 28 U.S.C. § 1332 and 28 U.S.C. §§ 1338(a) and (b) and 28 U.S.C.
2 | § 1367.

3 | 7.    This is an action in which the Plaintiff and Defendant are citizens of
4 | different states and the amount in controversy, exclusive of interest and costs,
5 | exceeds $75,000.00.

6 | 8.    Upon information and belief, Defendant provides its services and actively
7 | conducts business directly in the State of California and within this judicial district
8 | and division.

9 | 9.    Venue is proper in this District pursuant to 28 U.S.C. §§ 1391(b) and (c).

10 | 10.    This Court has personal jurisdiction over Defendant.

11 | **FACTS COMMON TO ALL CLAIMS FOR RELIEF**

12 | **<u>Plaintiff's Trademarks</u>**

13 | 11.    Principal and/or its affiliates, licensees or predecessors-in-interest are, and
14 | have been for many years, engaged in marketing, advertising and providing a wide
15 | variety of real estate, investment, investment management, financial, banking,
16 | lending, mutual funds, retirement, investment advisory, estate planning, tax
17 | consultation, underwriting, global asset management, insurance and health care
18 | related services ("Plaintiff's Services").

19 | 12.    Principal is the owner of its famous family of PRINCIPAL and
20 | PRINCIPAL formative trademarks, including, but not limited to, the following
21 | U.S. registrations, pending applications, common law marks, and trade names
22 | (hereinafter collectively referred to as the "PRINCIPAL Family of Marks"):

23 | ///
24 | ///
25 | ///
26 | ///
27 | ///
28 | ///

| Mark | Reg. No. | Reg. Date | Services |
|---|---|---|---|
| THE PRINCIPAL EDGE | 1,469,375 <br> Incontestable | 12/15/87 | Life, health, accident and casualty insurance underwriting services, investment management services, administering annuities, mutual funds, pensions and income programs for others and register investment advisory services |
| THE PRINCIPAL FINANCIAL GROUP | 1,502,424 <br> Incontestable | 08/30/88 | Consulting and contract management services to preferred provider organizations; arranging for prepaid medical care for others; health care services rendered through preferred provider organizations |
|  | 1,504,246 <br> Incontestable | 09/13/88 | Consulting and contract management services to preferred provider organizations; arranging for prepaid medical care for others; health care services rendered through preferred provider organizations |
|  | 1,508,542 <br> Incontestable | 10/11/88 | Life, health insurance and reinsurance underwriting and brokerage services; underwriting, administering and managing annuities and pension funds for others; variable life insurance and variable annuities funded through a variety of funding media |
| THE PRINCIPAL FINANCIAL GROUP (Stylized) | 1,508,543 <br> Incontestable | 10/11/88 | Life, health insurance and reinsurance underwriting and brokerage services; underwriting, administering and managing annuities and pension funds for others; variable life insurance and variable annuities funded through a variety of funding media |
| THE PRINCIPAL (Stylized) | 1,508,544 <br> Incontestable | 10/11/88 | Life, health insurance and reinsurance underwriting and brokerage services; underwriting, administering and managing annuities and pension funds for others; variable life insurance and variable annuities funded through a variety of funding media |
|  | 1,530,022 <br> Incontestable | 03/14/89 | Life, health insurance underwriting services, investment management services, administering annuities, mutual funds, pensions and income programs for others, registered investment advisory services and broker-dealer securities services |
|  | 1,530,023 <br> Incontestable | 03/14/89 | Life, health insurance underwriting services, investment management services, administering annuities, mutual funds, pensions and income programs for others, registered investment advisory services and broker-dealer securities services |
|  | 1,531,199 <br> Incontestable | 03/21/89 | Life, health insurance underwriting services, investment management services, administering annuities, mutual funds, pensions and income programs for others, registered investment advisory services and broker-dealer securities services |
| THE PRINCIPAL PLAN | 1,561,335 <br> Incontestable | 10/17/89 | Arranging for pre-paid medical care for others |
| PRINCIPAL | 1,562,541 <br> Incontestable | 10/24/89 | Financial analysis and consulting, management of securities and securities brokerage services |
|  | 1,698,013 <br> Incontestable | 06/30/92 | Real estate leasing and management services |
| THE PRINCIPAL | 1,740,172 | 12/15/92 | Commercial and residential real estate services; namely, brokerage, investment, management, mortgage loan, and |

COMPLAINT FOR TRADEMARK INFRINGEMENT, UNFAIR COMPETITION AND TRADEMARK DILUTION
1776602.1

| Mark | Reg. No. | Reg. Date | Services |
|---|---|---|---|
| FINANCIAL GROUP | Incontestable | | valuation services |
| THE PRINCIPAL | 1,740,181 Incontestable | 12/15/92 | Commercial and residential real estate services; namely, brokerage, investment, management, mortgage loan, and valuation services |
| PRINCIPAL BANK | 2,843,297 Incontestable | 05/18/04 | Retail commercial banking services, namely, checking, savings, money market, credit cards, certificates of deposit, mortgage loans, commercial real estate lending, and corporate banking services |
| PRINCIPAL GLOBAL INVESTORS | 3,053,544 Incontestable | 01/31/06 | Financial services, namely, portfolio management, financial market analysis, asset management, mortgage lending, real estate and securities investment management and investment management advisory services |
| **Principal** *Bank* | 3,095,382 Incontestable | 05/23/06 | Retail commercial banking services, namely, checking, savings, money market, credit cards, certificates of deposit, mortgage loans, commercial real estate lending, and corporate banking services |
| PRINCIPAL FREEDOM | 3,107,136 Incontestable | 06/20/06 | Financial services, namely, variable annuities |
| PRINCIPAL ADVANTAGE | 3,174,382 Incontestable | 11/21/06 | Life, health, accident and casualty insurance underwriting and brokerage services, investment management services, underwriting, administering and managing annuities, mutual funds, pensions and income programs for others, registered investment advisory services and management of securities and securities brokerage services |
| Principal | 3,297,647 Incontestable | 09/25/07 | Annuities underwriting and investment, management of, distribution and administration services, namely, providing administrative services for fixed and variable annuities; funds investment; trust and custodial services for retirement plans, namely, investment of funds for others in the field of mutual funds and individual retirement accounts; administration of employee pension plans; financial services in the nature of an investment security; investment management services; mutual fund investment, distribution and brokerage; administration of employer provided and individual pension and fixed investment income programs; registered investment advisory services and broker-dealer securities services, namely, brokering and trading in securities and providing investment advisory services; banking services; consumer loan financing; pension plan consulting; estate planning; financial planning; administration services of insurance in the fields of life, disability, dental, prescription drug, vision and accidental death and dismemberment; administration of employee benefit plans, namely, deferred compensation benefit plans, profit sharing plans, cafeteria plans and other employee benefit plans; insurance underwriting and brokerage services for groups and individuals in the fields of life, disability and dental; real estate mortgage lending and mortgage asset procurement for others; maintaining real estate mortgage escrow accounts; real estate investment services; real estate management; leasing of commercial real estate; financial investment in the field of real estate development; providing administration services to employee welfare benefit |

5

COMPLAINT FOR TRADEMARK INFRINGEMENT, UNFAIR COMPETITION AND TRADEMARK DILUTION
1776602.1

| Mark | Reg. No. | Reg. Date | Services |
|---|---|---|---|
| | | | plans and pre-paid dental plans and claims administration, namely, claims processing; and retail commercial banking services, namely, checking, savings, money market, credit cards, certificates of deposit, mortgage loans, commercial real estate lending, and corporate banking services |
| PRINCIPAL | 3,324,583  Incontestable | 10/30/07 | Annuities underwriting and investment, management of, distribution and administration services, namely, providing administrative services for fixed and variable annuities; funds investment; trust and custodial services for retirement plans, namely, investment of funds for others in the field of mutual funds and individual retirement accounts; administration of employee pension plans; financial services in the nature of an investment security; investment management services; mutual fund investment, distribution and brokerage; administration of employer provided and individual pension and fixed investment income programs; registered investment advisory services and broker-dealer securities services, namely, brokering and trading in securities and providing investment advisory services; banking services; consumer loan financing; pension plan consulting; estate planning; financial planning; administration services of insurance in the fields of life, disability, dental, prescription drug, vision and accidental death and dismemberment; administration of employee benefit plans, namely, deferred compensation benefit plans, profit sharing plans, cafeteria plans and other employee benefit plans; insurance underwriting and brokerage services for groups and individuals in the fields of life, disability and dental; real estate mortgage lending and mortgage asset procurement for others; maintaining real estate mortgage escrow accounts; real estate investment services; real estate management; leasing of commercial real estate; financial investment in the field of real estate development; providing administration services to employee welfare benefit plans and pre-paid dental plans and claims administration, namely, claims processing; and retail commercial banking services, namely, checking, savings, money market, credit cards, certificates of deposit, mortgage loans, commercial real estate lending, and corporate banking services |
| **Principal** *Funds* | 3,368,180 | 01/15/08 | Financial services, namely, mutual fund investment services |
| PRINCIPAL FUNDS | 3,368,181 | 01/15/08 | Financial services, namely, mutual fund investment services |
| THE PRINCIPAL CHARITY CLASSIC | 3,369,005 | 1/15/08 | Golf umbrellas; plastic water bottles sold empty; jackets; hats; t-shirts; golf shirts; golf balls; entertainment in the nature of golf tournaments |
| **Principal** *Global Investors* | 3,400,594 | 03/25/08 | Financial services, namely, portfolio management, financial market analysis, asset management, mortgage lending, real estate and securities investment management and investment management advisory services |

COMPLAINT FOR TRADEMARK INFRINGEMENT, UNFAIR COMPETITION AND TRADEMARK DILUTION
1776602.1

| Mark | Reg. No. | Reg. Date | Services |
|---|---|---|---|
|  | 3,456,731 | 07/01/08 | Golf umbrellas; plastic water bottles sold empty; jackets; hats; t-shirts; golf shirts; golf balls; entertainment in the nature of golf tournaments |
|  | 3,461,024 | 07/08/08 | Financial sponsorship of automobile racing teams; financial sponsorship of sporting and entertainment venues; entertainment in the nature of family-oriented festivals |
|  | 3,461,025 | 07/08/08 | Shirts; annuities underwriting and investment, management of, distribution and administration services, namely, providing administrative services for fixed and variable annuities; funds investment; trust and custodial services for retirement plans, namely, investment of funds for others in the field of mutual funds and individual retirement accounts; administration of employee pension plans; financial services in the nature of an investment security; investment management services; mutual fund investment, distribution and brokerage; administration of employer provided and individual pension and fixed investment income programs; registered investment advisory services and broker-dealer securities services, namely, brokering and trading in securities and providing investment advisory services; banking services; consumer loan financing; pension plan consulting; estate planning; financial planning; administration services of insurance in the fields of life, health, disability, dental, prescription drug, vision and accidental death and dismemberment; administration of employee benefit plans, namely, deferred compensation benefit plans, profit sharing plans and cafeteria plans; insurance underwriting and brokerage services for groups and individuals in the fields of life, health, disability and dental; mortgage banking services; mortgage brokerage services; real estate mortgage lending and mortgage asset procurement for others; maintaining real estate mortgage escrow accounts; real estate investment services; real estate management; leasing of commercial real estate; financial investment in the field of real estate development; providing administration services to employee welfare benefit plans and pre-paid dental plans and claims administration, namely, claims processing. and retail commercial banking services, namely, checking, savings, money market, credit cards, certificates of deposit, mortgage loans, commercial real estate lending, and corporate banking services |
|  | 3,961,137 | 5/17/11 | Managed health care services, namely, preventive medical screenings, and wellness programs; providing health care information in the field of health and wellness |
| PRINCIPAL REAL ESTATE INVESTORS | 4,111,149 | 3/13/2012 | Real estate investment services; real estate management services |

COMPLAINT FOR TRADEMARK INFRINGEMENT, UNFAIR COMPETITION AND TRADEMARK DILUTION
1776602.1

| Mark | Reg. No. | Reg. Date | Services |
|---|---|---|---|
| **Principal** *Real Estate Investors* | 4,130,738 | 4/24/2012 | Real estate investment services; real estate management services |
| PRINCIPAL FINANCIAL GROUP | (pending app) 85811463 | 12/27/2012 | Annuities underwriting and investment, management of, distribution and administration services, namely, providing administrative services for fixed and variable annuities; funds investment; trust and custodial services for retirement plans, namely, investment of funds for others in the field of mutual funds and individual retirement accounts; administration of employee pension plans; financial services in the nature of an investment security; investment management services; mutual fund investment, distribution and brokerage; administration of employer provided and individual pension and fixed investment income programs; registered investment advisory services and broker-dealer securities services, namely, brokering and trading in securities and providing investment advisory services; banking services; consumer loan financing; pension plan consulting; estate planning; financial planning; administration services of insurance in the fields of life, disability, dental, prescription drug, vision and accidental death and dismemberment; administration of employee benefit plans, namely, deferred compensation benefit plans, profit sharing plans, cafeteria plans and other employee benefit plans; insurance underwriting and brokerage services for groups and individuals in the fields of life, disability and dental; real estate mortgage lending and mortgage asset procurement for others; maintaining real estate mortgage escrow accounts; real estate investment services; real estate management; leasing of commercial real estate; financial investment in the field of real estate development; providing administration services to employee welfare benefit plans and pre-paid dental plans and claims administration, namely, claims processing; and retail commercial banking services, namely, checking, savings, money market, credit cards, certificates of deposit, mortgage loans, commercial real estate lending, and corporate banking services |
| **Principal** *Financial Group* | (pending app) 85811461 | n/a | Annuities underwriting and investment, management of, distribution and administration services, namely, providing administrative services for fixed and variable annuities; funds investment; trust and custodial services for retirement plans, namely, investment of funds for others in the field of mutual funds and individual retirement accounts; administration of employee pension plans; financial services in the nature of an investment security; investment management services; mutual fund investment, distribution and brokerage; administration of employer provided and individual pension and fixed investment income programs; registered investment advisory services and broker-dealer securities services, namely, brokering and trading in securities and providing investment advisory services; banking services; |

8

| Mark | Reg. No. | Reg. Date | Services |
|---|---|---|---|
| | | | consumer loan financing; pension plan consulting; estate planning; financial planning; administration services of insurance in the fields of life, disability, dental, prescription drug, vision and accidental death and dismemberment; administration of employee benefit plans, namely, deferred compensation benefit plans, profit sharing plans, cafeteria plans and other employee benefit plans; insurance underwriting and brokerage services for groups and individuals in the fields of life, disability and dental; real estate mortgage lending and mortgage asset procurement for others; maintaining real estate mortgage escrow accounts; real estate investment services; real estate management; leasing of commercial real estate; financial investment in the field of real estate development; providing administration services to employee welfare benefit plans and pre-paid dental plans and claims administration, namely, claims processing; and retail commercial banking services, namely, checking, savings, money market, credit cards, certificates of deposit, mortgage loans, commercial real estate lending, and corporate banking services |
| PRINCIPAL LIFE INSURANCE COMPANY | (pending app) 85811459 | n/a | Annuities underwriting and investment, management of, distribution and administration services, namely, providing administrative services for fixed and variable annuities; funds investment; trust and custodial services for retirement plans, namely, investment of funds for others in the field of mutual funds and individual retirement accounts; administration of employee pension plans; financial services in the nature of an investment security; investment management services; mutual fund investment, distribution and brokerage; administration of employer provided and individual pension and fixed investment income programs; registered investment advisory services and broker-dealer securities services, namely, brokering and trading in securities and providing investment advisory services; banking services; consumer loan financing; pension plan consulting; estate planning; financial planning; administration services of insurance in the fields of life, disability, dental, prescription drug, vision and accidental death and dismemberment; administration of employee benefit plans, namely, deferred compensation benefit plans, profit sharing plans, cafeteria plans and other employee benefit plans; insurance underwriting and brokerage services for groups and individuals in the fields of life, disability and dental; real estate mortgage lending and mortgage asset procurement for others; maintaining real estate mortgage escrow accounts; real estate investment services; real estate management; leasing of commercial real estate; financial investment in the field of real estate development; providing administration services to employee welfare benefit plans and pre-paid dental plans and claims administration, namely, claims processing; and retail commercial banking services, namely, checking, savings, money market, credit cards, certificates of deposit, mortgage loans, commercial real estate lending, and corporate banking services |

COMPLAINT FOR TRADEMARK INFRINGEMENT, UNFAIR COMPETITION AND TRADEMARK DILUTION
1776602.1

| Mark | Reg. No. | Reg. Date | Services |
|---|---|---|---|
| PRINCIPAL GLOBAL EQUITIES | (pending app) 85/849,830 | n/a | Financial services, namely portfolio management, financial market analysis, asset management, and investment management advisory services |
| **Principal** *Global Equities* | (pending app) 85/849,834 | n/a | Financial services, namely portfolio management, financial market analysis, asset management, and investment management advisory services |
| PRINCIPAL GLOBAL FIXED INCOME | (pending app) 85/849,986 | n/a | Financial services, namely portfolio management, financial market analysis, asset management, and investment management advisory services |
| **Principal** *Global Fixed Income* | (pending app) 85/849,980 | n/a | Financial services, namely portfolio management, financial market analysis, asset management, and investment management advisory services |

| *Business Names* |
|---|
| PRINCIPAL ADMINISTRADORA GENERAL DE FONDOS S.A. |
| PRINCIPAL AFORE, S.A. DE C.V., PRINCIPAL GRUPO FINANCIERO |
| PRINCIPAL ASSET MANAGEMENT CHILE S.A. |
| PRINCIPAL ASSET MANAGEMENT COMPANY (ASIA) LIMITED |
| PRINCIPAL AUSTRALIA (HOLDINGS) PTY LIMITED |
| PRINCIPAL BANK |
| PRINCIPAL COMMERCIAL ACCEPTANCE, LLC |
| PRINCIPAL COMMERCIAL FUNDING, LLC |
| PRINCIPAL COMPANIA DE SEGUROS DE VIDA CHILE S.A. |
| PRINCIPAL CONSULTING (INDIA) PRIVATE LIMITED |
| PRINCIPAL DENTAL SERVICES, INC. |
| PRINCIPAL DEVELOPMENT INVESTORS, LLC |
| PRINCIPAL EDGE NETWORK – AUSTIN, LLC |
| PRINCIPAL EDGE NETWORK – DALLAS FT. WORTH, INC. |
| PRINCIPAL EDGE NETWORK – GEORGIA, LLC |
| PRINCIPAL EDGE NETWORK – SAN ANTONIO, LLC |
| PRINCIPAL EDGE NETWORK – TENNESSEE, LLC |
| PRINCIPAL EDGE NETWORK HOLDINGS, INC. |
| PRINCIPAL ENTERPRISE CAPITAL, LLC |
| PRINCIPAL FINANCIAL ADVISORS, INC. |
| PRINCIPAL FINANCIAL GROUP, INC. |
| PRINCIPAL FINANCIAL GROUP (MAURITIUS) LTD. |

COMPLAINT FOR TRADEMARK INFRINGEMENT, UNFAIR COMPETITION AND TRADEMARK DILUTION
1776602.1

| Business Names |
|---|
| PRINCIPAL FINANCIAL GROUP, S.A. DE C.V., GRUPO FINANCIERO |
| PRINCIPAL FINANCIAL SERVICES, INC. |
| PRINCIPAL FINANCIAL SERVICES (AUSTRALIA), INC. |
| PRINCIPAL FINANCIAL SERVICES I (UK) LLP |
| PRINCIPAL FINANCIAL SERVICES I (US), LLC |
| PRINCIPAL FINANCIAL SERVICES II (UK) LTD. |
| PRINCIPAL FINANCIAL SERVICES II (US), LLC |
| PRINCIPAL FINANCIAL SERVICES III (UK) LTD. |
| PRINCIPAL FINANCIAL SERVICES LATIN AMERICA LTD. |
| PRINCIPAL FONDOS DE INVERSION, S.A. DE C.V., OPERADORA DE FONDOS DE INVERSION, PRINCIPAL GRUPO FINANCIERO |
| PRINCIPAL FUNDS DISTRIBUTOR, INC. |
| PRINCIPAL GENERATION PLANT, LLC |
| PRINCIPAL GLOBAL COLUMBUS CIRCLE, LLC |
| PRINCIPAL GLOBAL INVESTORS (ASIA) LIMITED |
| PRINCIPAL GLOBAL INVESTORS (AUSTRALIA) LIMITED |
| PRINCIPAL GLOBAL INVESTORS (AUSTRALIA) SERVICE COMPANY PTY LIMITED |
| PRINCIPAL GLOBAL INVESTORS (EUROPE) LIMITED |
| PRINCIPAL GLOBAL INVESTORS (HONG KONG) LIMITED |
| PRINCIPAL GLOBAL INVESTORS (IRELAND) LIMITED |
| PRINCIPAL GLOBAL INVESTORS (JAPAN) LIMITED |
| PRINCIPAL GLOBAL INVESTORS (SINGAPORE) LIMITED |
| PRINCIPAL GLOBAL INVESTORS HOLDING COMPANY, INC. |
| PRINCIPAL GLOBAL INVESTORS PARTICIPACOES, LTDA |
| PRINCIPAL GLOBAL INVESTORS TRUST |
| PRINCIPAL GLOBAL INVESTORS, LLC |
| PRINCIPAL GLOBAL SERVICES PRIVATE LIMITED |
| PRINCIPAL HOLDING CHILE SPA (CHILE) |
| PRINCIPAL HOLDING COMPANY CHILE S.A. |
| PRINCIPAL HOLDING COMPANY, LLC |
| PRINCIPAL INSTITUTIONAL CHILE S.A. |
| PRINCIPAL INSURANCE COMPANY (HONG KONG) LIMITED |
| PRINCIPAL INTERNATIONAL (ASIA) LIMITED |
| PRINCIPAL INTERNATIONAL DE CHILE S.A. |
| PRINCIPAL INTERNATIONAL HOLDING COMPANY, LLC |
| PRINCIPAL INTERNATIONAL LATIN AMERICA LTD. |
| PRINCIPAL INTERANTIONAL SOUTH AMERICA I LTD. |

11

| Business Names |
| --- |
| PRINCIPAL INTERANTIONAL SOUTH AMERICA II LTD. |
| PRINCIPAL INTERANTIONAL SOUTH AMERICA II LTD., AGENCIA EN CHILE |
| PRINCIPAL INTERNATIONAL, INC. |
| PRINCIPAL INVESTORS CORPORATION |
| PRINCIPAL LIFE INSURANCE COMPANY |
| PRINCIPAL LIFE INSURANCE COMPANY OF IOWA |
| PRINCIPAL MANAGEMENT CORPORATION |
| PRINCIPAL MEXICO COMPANIA DE SEGUROS S.A. DE C.V., PRINCIPAL GRUPO FINANCIERO |
| PRINCIPAL MEXICO SERVICIOS, S.A. DE C.V. |
| PRINCIPAL NATIONAL LIFE INSURANCE COMPANY |
| PRINCIPAL NOMINEE COMPANY (HONG KONG) LIMITED |
| PRINCIPAL PENSIONES, S.A. DE C.V., PRINCIPAL GRUPO FINANCIERO |
| PRINCIPAL PNB ASSET MANAGEMENT COMPANY PRIVATE LIMITED |
| PRINCIPAL REAL ESTATE FUND INVESTORS, LLC. |
| PRINCIPAL REAL ESTATE HOLDING COMPANY, LLC |
| PRINCIPAL REAL ESTATE INVESTORS, LLC |
| PRINCIPAL REAL ESTATE PORTFOLIO, INC. |
| PRINCIPAL REINSURANCE COMPANY OF DELAWARE |
| PRINCIPAL REINSURANCE COMPANY OF VERMONT |
| PRINCIPAL RETIREMENT ADVISORS PRIVATE LIMITED |
| PRINCIPAL SHAREHOLDER SERVICES, INC. |
| PRINCIPAL TRUST COMPANY (ASIA) LIMITED |
| PRINCIPAL TRUSTEE COMPANY PRIVATE (INDIA) LIMITED |
| PRINCIPAL WELLNESS COMPANY |
| CCB PRINCIPAL ASSET MANAGEMENT COMPANY, LTD |
| CIMB PRINCIPAL ISLAMIC ASSET MANAGEMENT SDN. BHD. |
| CIMB WEALTH ADVISORS BERHAD |
| CIMB-PRINCIPAL ASSET MANAGEMENT (SINGAPORE) PTE LTD |
| CIMB-PRINCIPAL ASSET MANAGEMENT BETHAD |
| CIMB-PRINCIPAL ASSET MANAGEMENT COMPANY LIMITED (THAILAND) |
| DISTRIBUIDORA PRINCIPAL MEXICO, S.A. DE C.V. |
| HIPOTECARIA CRUZ DEL SUR PRINCIPAL, S.A. (CHILE) |
| PFG DO BRASIL LTDA |
| PGI FINISTERRE HOLDING COMPANY LTD |

| Business Names |
| --- |
| PGI ORIGIN HOLDING COMPANY LTD |
| PRINCOR FINANCIAL SERVICES CORPORATION |
| PRINCORP WEALTH ADVISORS (ASIA) LIMITED |
| PT CIMB PRINCIPAL ASSET MANAGEMENT |

| Common Law  Names |
| --- |
| PRINCIPAL ADMINISTRATIVE EASE PROGRAM |
| PRINCIPAL ADVOCATE EDGE |
| PRINCIPAL ADVANTAGE FOR EMERGING BUSINESS |
| PRINCIPAL ADVISORY SELECT PORTFOLIOS |
| PRINCIPAL ANNUITY EDGE |
| PRINCIPAL ANNUITY LEGACY |
| PRINCIPAL ANNUITY NEWSWIRE |
| PRINCIPAL ANNUITY PLUS |
| PRINCIPAL ASSET RETENTION PROGRAM |
| PRINCIPAL ASSET REWARD PROGRAM |
| PRINCIPAL ASO ESSENTIALS |
| PRINCIPAL AUTOMATIC STANDARD APPROVAL PROGRAM |
| PRINCIPAL BANK AUTOMATIC LOAN PAYMENT |
| PRINCIPAL BANK CASH ACCOUNT |
| PRINCIPAL BANK CHANGE A RATE CD |
| PRINCIPAL BANK CHOICE CHECKING |
| PRINCIPAL BANK EASY LADDER CD |
| PRINCIPAL BANK $50,000 HOME MAKEOVER SWEEPSTAKES |
| PRINCIPAL BANK HIGH YIELD IRA |
| PRINCIPAL BANK MONEY MARKET CASH SWEEP |
| PRINCIPAL BANK MONEY MARKET IRA |
| PRINCIPAL BANK MONEY MOVEMENT |
| PRINCIPAL BANK SAFE HARBOR IRA |
| PRINCIPAL BANK SECURE |
| PRINCIPAL BENCHMARK REPORT:  EMPLOYER SPONSORED RETIREMENT SOLUTIONS FOR KEY EMPLOYEES |
| PRINCIPAL BENEFITS DESIGN TOOL |
| PRINCIPAL BENEFITS EXCHANGE |
| PRINCIPAL BUSINESS SUCCESSION REVIEW |
| PRINCIPAL CAPITAL INCOME INVESTORS |
| PRINCIPAL CANCER CARE PROGRAM |

| *Common Law Names* |
|---|
| PRINCIPAL CLASSIC COMPREHENSIVE MEDICAL |
| PRINCIPAL CLASSIC PPO |
| PRINCIPAL CLASSIC PPO PLUS |
| PRINCIPAL CLASSIC VALUE PPO |
| PRINCIPAL COACHES CHALLENGE |
| PRINCIPAL COLLEGE BOUND FUND |
| PRINCIPAL COLLEGE SAVINGS PROGRAM |
| PRINCIPAL.COM |
| PRINCIPAL COMMERCIAL MORTGAGE EDGE |
| PRINCIPAL COMPREHENSIVE RETIREMENT PROGRAM |
| PRINCIPAL DENTAL ACCESS NETWORK |
| PRINCIPAL DENTAL HEALTH EDGE |
| PRINCIPAL DENTAL MEMBER ADVANTAGE PROGRAM |
| PRINCIPAL DENTAL SERIES |
| PRINCIPAL DIRECT CONNECT |
| PRINCIPAL DUE DILIGENCE PROGRAM |
| PRINCIPAL DYNAMIC PORTFOLIOS BY IBBOTSON |
| PRINCIPAL EARLY EDGE |
| PRINCIPAL EASE |
| PRINCIPAL EASE PROGRAM |
| PRINCIPAL EASY ENROLLMENT |
| PRINCIPAL ECONOMIC EDGE |
| PRINCIPAL EDGE NETWORK |
| PRINCIPAL EDGE NETWORK PREMIER |
| PRINCIPAL EDGE NETWORK - SELECT |
| PRINCIPAL EDGE VARIABLE ANNUITY |
| PRINCIPAL EDUCATION NETWORK |
| PRINCIPAL E-DISTRIBUTION SERVICES |
| PRINCIPAL E-DIVERSIFICATION SERVICES |
| PRINCIPAL E-ENROLL |
| PRINCIPAL E-FINANCIAL PROFESSIONAL |
| PRINCIPAL ELITE FIXED ANNUITY |
| PRINCIPAL EMPLOYEE FINANCIAL CENTER |
| PRINCIPAL EMPLOYEE TERM LIFE |
| PRINCIPAL EMPLOYER DRIVEN WELLNESS SOLUTION |
| PRINCIPAL ENROLLMENT SUITE |
| PRINCIPAL eRETIREMENT SOLUTIONS |
| PRINCIPAL ESOP EDGE |
| PRINCIPAL EXECUTIVE BONUS PLUS |

14

| Common Law Names |
|---|
| PRINCIPAL EXECUTIVE EXCHANGE |
| PRINCIPAL EXECUTIVE RETIREMENT AND COMPENSATION SERVICE |
| PRINCIPAL EZ DEFINED BENEFIT/ PRINCIPAL EZ DB |
| PRINCIPAL FINANCIAL MILESTONES PROGRAM |
| PRINCIPAL FINANCIAL SECURITY REVIEW |
| PRINCIPAL FINANCIAL SECURITY SERIES |
| PRINCIPAL FINANCIAL SOLUTIONS EXPLORER |
| PRINCIPAL FINANCIAL WELL BEING |
| PRINCIPAL FIXED ANNUITY |
| PRINCIPAL FIXED ANNUITY PLUS |
| PRINCIPAL FIXED ANNUITY SELECT |
| PRINCIPAL FLOATING RATE SEPARATE ACCOUNT |
| PRINCIPAL 403(b) CONSOLIDATOR |
| PRINCIPAL FUNDS |
| PRINCIPAL GLOBAL CREDIT OPPORTUNITIES FUND |
| PRINCIPAL GLOBAL FINANCIAL WELL BEING STUDY |
| PRINCIPAL GLOBAL INVESTORS COLLECTIVE INVESTMENT TRUST |
| PRINCIPAL GLOBAL NET |
| PRINCIPAL GLOBAL PROPERTY SECURITIES FUND |
| PRINCIPAL GREEN FUND I |
| PRINCIPAL GROWTH FIXED ANNUITY |
| PRINCIPAL GUARANTEED FIXED ANNUITY |
| PRINCIPAL GUARANTEED INCOME |
| PRINCIPAL HEALTH ASSESSMENT |
| PRINCIPAL HEALTH CARE |
| PRINCIPAL HEALTH COACHING |
| PRINCIPAL HEALTH INFO LINE |
| PRINCIPAL HEALTH SAVINGS ACCOUNT |
| PRINCIPAL HEALTH + WEALTH |
| PRINCIPAL HEALTHY CONNECTIONS |
| PRINCIPAL HEALTHY EDGE |
| PRINCIPAL HEALTHY ESSENTIALS |
| PRINCIPAL HEALTHY RESOURCES |
| PRINCIPAL HIGH QUALITY CANADIAN FIXED INCOME PLUS FUND |
| PRINCIPAL HOME ACCESS LINE |
| PRINCIPAL HOME EQUITY ACCESS LOAN |

| *Common Law  Names* |
|---|
| PRINCIPAL ILLUSTRATION EDGE |
| PRINCIPAL IMPACTPLUS |
| PRINCIPAL INCOME IRA |
| PRINCIPAL INCOME MANAGER |
| PRINCIPAL INCOME PROTECTOR |
| PRINCIPAL INCOME PROVIDER |
| PRINCIPAL INDUSTRIAL INVESTORS |
| PRINCIPAL INVESTMENT PLUS VARIABLE ANNUITY |
| PRINCIPAL IRA EXCHANGE |
| PRINCIPAL LIFE CORE NOTES |
| PRINCIPAL LIFE INCOME FUNDING |
| PRINCIPAL LIFE INSURANCE COMPANY |
| PRINCIPAL LIFERIGHT INSURANCE PROGRAM |
| PRINCIPAL LIFETIME |
| PRINCIPAL LIFETIME HORIZON FUND |
| PRINCIPAL LIFETIME INCOME SOLUTIONS |
| PRINCIPAL, LLC |
| PRINCIPAL LOAN CONNECTION |
| PRINCIPAL MANAGED ACCOUNT PROGRAM |
| PRINCIPAL MAXIMUM FUNDED VARIABLE UNIVERSAL LIFE |
| PRINCIPAL MEDICAL WELLNESS SERIES |
| PRINCIPAL MESSAGE CENTER |
| PRINCIPAL MESSENGER |
| PRINCIPAL MORTGAGE FUNDING |
| PRINCIPAL® MULTI-ASSET ADVISORS & DESIGN |
| PRINCIPAL NATIONAL LIFE INSURANCE COMPANY |
| PRINCIPAL NONQUALIFIED BENEFIT EXCHANGE |
| PRINCIPAL NONQUALIFIED EDGE PROGRAM |
| PRINCIPAL OPEN DOOR CLOSED END SECONDS |
| PRINCIPAL PARK |
| PRINCIPAL PARTNERS |
| PRINCIPAL PASSAGE DIRECT INVESTMENT PROGRAM |
| PRINCIPAL PASSAGE FEE BASED BROKERAGE ACCOUNT |
| PRINCIPAL PASSAGE MANAGED PORTFOLIO |
| PRINCIPAL PASSAGE PREMIER ASSET ALLOCATION SERVICE |
| PRINCIPAL PAYROLL PROGRAMS |
| PRINCIPAL PERFORMANCE ANNUITY |
| PRINCIPAL PERFORMANCE ANNUITY 7 |
| PRINCIPAL PHYSICIAN REWARD PLAN |

| ***Common Law  Names*** |
|---|
| PRINCIPAL PLAN MANAGER EXCHANGE |
| PRINCIPAL PORTFOLIO CONSTRUCTION STRATEGIES |
| PRINCIPAL PREFERRED JUMBO MORTGAGE |
| PRINCIPAL PREVENTIVE SCREENING |
| PRINCIPAL PRIVILEGED PARTNERS PROGRAM |
| PRINCIPAL PRIVILEGES PARTNER PROGRAM |
| PRINCIPAL PRIORITY PASSPORT CLUB |
| PRINCIPAL PRIORITY ROLLOVER |
| PRINCIPAL PRODUCER WORKSPACE |
| PRINCIPAL REAL ESTATE SERVICES |
| PRINCIPAL REIMBURSEMENT ARRANGEMENT |
| PRINCIPAL RESIDENTIAL MORTGAGE DIRECT |
| PRINCIPAL RESIDENTIAL MORTGAGE HOMEGEN JUMBO LINE |
| PRINCIPAL RESOURCE CENTER |
| PRINCIPAL RETIRE SECURE |
| PRINCIPAL RETIREGUIDE |
| PRINCIPAL RETIREMENT ACCOUNT |
| PRINCIPAL RETIREMENT EDGE PROGRAM |
| PRINCIPAL RETIREMENT INCOME EDGE |
| PRINCIPAL RETIREMENT MILESTONES PROGRAM |
| PRINCIPAL RETIREMENT NAVIGATOR |
| PRINCIPAL RETIREMENT NETWORK FOR UNION MEMBERS |
| PRINCIPAL RETIREMENT OUTSOURCING |
| PRINCIPAL RETIREMENT PLANNING CENTER |
| PRINCIAPL RETIREMENT + |
| PRINCIPAL RETIREMENT RESOURCE CONSULTANT |
| PRINCIPAL RETURN-TO-WORK RESOURCES |
| PRINCIPAL RIVERWALK |
| PRINCIPAL ROLLOVER CHOICE |
| PRINCIPAL ROLLOVER OPTIONS |
| PRINCIPAL RX EDGE |
| PRINCIPAL SAVINGS BUILDER ANNUITY |
| PRINCIPAL S-CORPS BONUS PLUS |
| PRINCIPAL S OWNER PLUS |
| PRINCIPAL SECURE DECISIONS |
| PRINCIPAL SECURE FIXED ANNUITY |
| PRINCIPAL SECURE INCOME ANNUITY |
| PRINCIPAL SECUREDLOAN |
| PRINCIPAL SECURITY BUILDER RETIREMENT PROGRAM |

| Common Law Names |
|---|
| PRINCIPAL SECURITY BUILDER RETIREMENT PROGRAM INDIVIDUAL 401(K) |
| PRINCIPAL SELECT DENTIST PROGRAM |
| PRINCIPAL SELECT REWARD PLAN |
| PRINCIPAL SELECT SERIES ANNUITY |
| PRINCIPAL SERVICES TRUST COMPANY |
| PRINCIPAL SINGLE PREMIUM DEFERRED ANNUITY |
| PRINCIPAL SPLIT DOLLAR PLUS |
| PRINCIPAL SPONSOR SERVICE CENTER |
| PRINCIPAL STEP AHEAD RETIREMENT OPTION |
| PRINCIPAL STRATEGIC ASSET MANAGEMENT |
| PRINCIPAL SURVIVOR LIFE INSURANCE WITH THE IBIS OPTION |
| PRINCIPAL SURVIVORSHIP UNIVERSAL LIFE PROTECTOR |
| PRINCIPAL SWITCH KIT |
| PRINCIPAL TOTAL RETIREMENT SUITE |
| PRINCIPAL TPA EDGE |
| PRINCIPAL TRAILBLAZER |
| PRINCIPAL TRUST COMPANY |
| PRINCIPAL TRUST INCOME FUND |
| PRINCIPAL TRUST TARGET DATE FUNDS |
| PRINCIPAL UNDERIGHT |
| PRINCIPAL UNIVERSAL LIFE FLEX |
| PRINCIPAL UNIVERSAL LIFE PREFERRED |
| PRINCIPAL UNIVERSAL LIFE PROTECTOR |
| PRINCIPAL UNIVERSAL LIFE PROTECTOR II |
| PRINCIPAL VALUE BASED HEALTH BENEFIT |
| PRINCIPAL VALUE UNIVERSAL LIFE |
| PRINCIPAL VARIABLE UNIVERSAL LIFE ACCUMULATOR |
| PRINCIPAL VARIABLE UNIVERSAL LIFE INCOME |
| PRINCIPAL VOLUNTARY BENEFITS EDGE |
| PRINCIPAL VOLUNTARY ROLLOVER INCOME |
| PRINCIPAL WELLNESS CLASSIC HRA |
| PRINCIPAL WELLNESS CLASSIC PPO |
| PRINCIPAL WELLNESS FSA |
| PRINCIPAL WELLNESS COMPANY |
| PRINCIPAL WHOLESALE MORTGAGE |
| PRINCIPAL WORK SECURE – 2004 |
| PRINCIPAL YEAR ROUND WELLNESS PROGRAM |
| MIDLANDS CHOICE - PRINCIPAL |

COMPLAINT FOR TRADEMARK INFRINGEMENT, UNFAIR COMPETITION AND TRADEMARK DILUTION
1776602.1

| Common Law Names |
| --- |
| MY PRINCIPAL®EDGE |
| MY PRINCIPAL®EDGE IN RETIREMENT |
| MY PRINCIPAL®EDGE STRATEGY |
| SOLUTIONS FOR ADVISORS FROM THE PRINCIPAL FINANCIAL GROUP |
| THE PRINCIPAL CHILD DEVELOPMENT CENTER |
| THE PRINCIPAL FINANCIAL GROUP® SECURE MAIL CENTER |
| THE PRINCIPAL MY VISIT |
| THE PRINCIPAL FINANCIAL DREAMS TOUR |
| THE PRINCIPAL RETIREMENT NEWSLETTER |
| THE PRINCIPAL® RIVER'S EDGE |
| THE PRINCIPAL® SECURE MAIL CENTER |
| THE PRINCIPAL® 10 BEST COMPANIES |
| THE PRINCIPAL WARRANTY |
| THE PRINCIPAL WELLNESS SOLUTION |
| YOUR MONEY UPDATE BY THE PRINCIPAL |

13.    Since at least as early as 1960, Plaintiff, via its affiliates, licensees or predecessors-in-interest, has used one or more of the marks making up its famous PRINCIPAL Family of Marks in interstate commerce in connection with Plaintiff's Services, specifically, financial analysis and consulting, management of securities and securities brokerage services.

14.    Since at least as early as 1985, Principal and/or its affiliates, licensees or predecessors-in-interest have used one or more of the marks making up the PRINCIPAL Family of Marks in interstate commerce in the United States and throughout the world in connection with real estate, investment, investment management, financial, banking, lending, mutual funds, retirement, investment advisory, estate planning, tax consultation, underwriting, global asset management, insurance and health care related services.  Examples of such use in connection with insurance services are attached hereto as Exhibit A.

15.    Plaintiff has made an enormous investment, exceeding one billion dollars, in advertising and promoting its products and services under the PRINCIPAL

19

1    Family of Marks.  As a result, Principal has acquired extremely valuable goodwill

2    in association with the PRINCIPAL Family of Marks, which has become famous

3    and distinctive in connection with Plaintiff's Services.  Principal's customers have

4    come to rely on the PRINCIPAL Family of Marks as a symbol of quality and

5    reliability.

6    16.    Copies of Principal's U.S. trademark registrations are attached hereto as

7    <u>Exhibit B</u>.    Said registrations, currently owned by Principal, are valid and

8    subsisting, and constitute *prima facie* and/or conclusive evidence of Principal's

9    exclusive right to use its registered marks in connection with the goods and/or

10    services covered by the registrations, *e.g.*, real estate, investment, investment

11    management, financial, banking, lending, mutual funds, retirement, investment

12    advisory, estate planning, tax consultation, underwriting, global asset

13    management, insurance and health care related services.    *See* 15 U.S.C.

14    §§ 1115(a) and (b).

15    17.    Since long before the acts of Defendant complained of herein, Principal

16    and/or its affiliates, licensees or predecessors-in-interest have continuously used

17    one or more of the marks which comprise its PRINCIPAL Family of Marks in the

18    State of Iowa and elsewhere in interstate commerce.

19    **<u>Defendant's Infringing Acts</u>**

20    18.    Upon information and belief, Defendant offers insurance related services in

21    interstate commerce and in channels of trade similar to those of Principal and/or

22    its affiliates or licensees (hereinafter "Defendant's Services"). *See* <u>Exhibit C</u>.

23    19.    Upon information and belief, notwithstanding Principal's well-established

24    rights in and to the PRINCIPAL Family of Marks and with constructive and/or

25    actual knowledge of same, Defendant registered the PRINCIPAL BENEFIT Mark

26    as a fictitious business name in the Orange County Clerk's Office on March 23,

27    2009.

28    20.    Upon information and belief, notwithstanding Principal's well-established

rights in and to the PRINCIPAL Family of Marks and with constructive and/or actual knowledge of same, Defendant commenced use, within the State of California and in interstate commerce, of the PRINCIPAL BENEFIT Mark in connection with Defendant's Services.

21.    Defendant's PRINCIPAL BENEFIT Mark is identical or virtually identical and/or confusingly similar to Plaintiff's PRINCIPAL Family of Marks.

22.    Plaintiff's Services and Defendant's Services as well as the classes of consumers who purchase such services are identical and/or virtually identical.

23.    Upon information and belief, Defendant adopted the PRINCIPAL BENEFIT Mark without the express or implied consent of Plaintiff.

24.    Upon information and belief, Defendant adopted the PRINCIPAL BENEFIT Mark with the intent to trade on and/or capitalize on the goodwill symbolized by the PRINCIPAL Family of Marks.

25.    Upon information and belief, in direct violation of Principal's rights in and to the PRINCIPAL Family of Marks, Defendant has continued to use the PRINCIPAL BENEFIT Mark in interstate commerce in connection with Defendant's Services, despite Plaintiff's consistent and ongoing objection to same.

## COUNT I

### Violation of Section 32(1) of the Lanham Act – Trademark Infringement

26.    Principal repeats and realleges the allegations of paragraphs 1 through 25 as if fully set forth herein.

27.    Defendant's use of the PRINCIPAL BENEFIT Mark is likely to cause public confusion, mistake or deception as to the origin or source of Defendant's Services, in violation of the Lanham Act, Section 32(1), 15 U.S.C. § 1114(1).

28.    Defendant's acts as complained of herein, have caused irreparable injury and damage to Plaintiff and, unless restrained, will continue to do so.

29.    Plaintiff has no adequate remedy at law.

1    30.    Plaintiff has suffered and continues to suffer economic loss directly and

2    proximately caused by Defendant's acts alleged herein.

3    31.    Upon information and belief, Defendant is a willful infringer.

4                                    **COUNT II**

5       **Violation of Section 43(a) of the Lanham Act – Unfair Competition**

6    32.    Principal repeats and realleges the allegations of paragraphs 1 through 31 as

7    if fully set forth herein.

8    33.    Defendant's use of the PRINCIPAL BENEFIT Mark constitutes a false

9    designation of origin, a false or misleading description of fact or a false or

10   misleading representation of fact which is likely to cause confusion, mistake or

11   deception in violation of the Lanham Act, Section 43(a), 15 U.S.C. § 1125(a).

12   34.    Defendant's acts, as complained of herein, have caused irreparable injury

13   and damage to Plaintiff, and, unless restrained, will continue to do so.

14   35.    Plaintiff has no adequate remedy at law.

15   36.    Plaintiff has suffered and continues to suffer economic loss directly and

16   proximately caused by Defendant's acts alleged herein.

17                                   **COUNT III**

18      **Violation of Section 43(c) of The Lanham Act – Trademark Dilution**

19   37.    Principal repeats and re-alleges the allegations of paragraphs 1-36 as if fully

20   set forth herein.

21   38.    Based on the inherent and/or acquired distinctiveness of the PRINCIPAL

22   Family of Marks; the duration and extent of Principal's use of the PRINCIPAL

23   Family of Marks; the duration and extent of advertising featuring the PRINCIPAL

24   Family of Marks; the geographic area in which Principal has sold and advertised

25   goods and services featuring the PRINCIPAL Family of Marks; the nature of the

26   trade channels Principal uses to market goods and services featuring the

27   PRINCIPAL Family of Marks compared to the channels through which Defendant

28   sells its services; the degree of public recognition of the PRINCIPAL Family of

1   Marks; and the various federal registrations for the PRINCIPAL Family of Marks,

2   the PRINCIPAL Family of Marks has become famous as contemplated by Section

3   43(c) of the Lanham Act, 15 U.S.C. § 1125(c).

4   39.    The aforesaid willful and deliberate acts of Defendant, all occurring after

5   the PRINCIPAL Family of Marks became famous, have caused and continue to

6   cause dilution and/or are likely to cause dilution of the famous PRINCIPAL

7   Family of Marks and thus constitute trademark dilution in violation of Section

8   43(c) of the Lanham Act, 15 U.S.C. § 1125(c).   Unless Defendant is enjoined

9   from engaging in its wrongful conduct, Plaintiff will suffer further irreparable

10  injury and harm, for which it has no adequate remedy at law.

11  40.    Principal has suffered and continues to suffer economic loss directly and

12  proximately caused by Defendant's actions alleged herein.

13                                   **COUNT IV**

14  **Violation of the California Business and Professions Code – Trademark**

15                                   **Dilution**

16  41.    Principal repeats and reallages the allegations of paragraphs 1 through 40 as

17  if fully set forth herein.

18  42.    Defendant's conduct, as referenced herein, dilutes and will continue to

19  dilute Principal's rights in and to the famous PRINCIPAL Family of Marks, and

20  has injured and will continue to injure Principal's reputation.

21  43.    Defendant's acts, as complained of herein, have caused irreparable injury

22  and damage to Principal, and unless restrained, will continue to do so.

23  44.    Plaintiff has no adequate remedy at law.

24  45.    Principal has suffered and continues to suffer economic loss directly and

25  proximately caused by Defendant's actions alleged herein.

26  ///

27  ///

28  ///

## COUNT V

## Violation of the California Business and Professions Code – Unfair Competition

46.   Principal repeats and realleges the allegations of paragraphs 1 through 45 as if fully set forth herein.

47.   Defendant has committed acts of unfair competition, as defined by the California Business and Professions Code § 17200, by advertising, selling, promoting and using the PRINCIPAL BENEFIT Mark, as referenced herein.

48.   Defendant's acts are likely to mislead the general public and cause confusion, mistake or deception as to the origin, source or sponsorship of Defendant's Services and are likely to cause the general public to erroneously associate Defendant's Services as emanating from Plaintiff.  These acts are unfair, fraudulent and misleading within the meaning of the California Business and Professions Code § 17200.

49.   Defendant's acts alleged herein are in violation of the Lanham Act, 15 U.S.C. §§ 1114, 1125(a) and (b) and therefore constitute an unlawful business practice within the meaning of the California Business and Professions Code § 17200.

50.   Upon information and belief, Defendant's conduct, as alleged above, is malicious, fraudulent, deliberate, willful, intentional and/or oppressive.

51.   Defendant's acts, as complained of herein, have caused irreparable injury and damage to Plaintiff, and unless restrained, will continue to do so.

52.   Plaintiff has no adequate remedy at law.

53.   Plaintiff has suffered and continues to suffer economic loss directly and proximately caused by Defendant's acts alleged herein.

///

///

///

COMPLAINT FOR TRADEMARK INFRINGEMENT, UNFAIR COMPETITION AND TRADEMARK DILUTION
1776602.1

## COUNT VI

### Common Law Trademark Infringement

54.     Principal repeats and realleges the allegations of paragraphs 1 through 53 as it fully set forth herein.

55.     Plaintiff enjoys well-established common law trademark rights in and to its PRINCIPAL Family of Marks and has built significant goodwill in same.

56.     Defendant's use of the PRINCIPAL BENEFIT Mark violates Plaintiff's common law trademark rights, and has caused and is likely to cause damage to Plaintiff by tarnishing the valuable goodwill associated with the PRINCIPAL Family of Marks and related services.

57.     Defendant's acts, as complained of herein, have caused irreparable injury and damage to Plaintiff, and, unless restrained, will continue to do so.

58.     Plaintiff has no adequate remedy at law.

59.     Plaintiff has suffered and continues to suffer economic loss directly and proximately caused by Defendant's actions alleged herein.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays that the Court grant the following relief:

A. Preliminarily and permanently enjoin Defendant as well as the corporate defendant's officers, agents, servants, employees and attorneys, and all persons in active concert or participation with the Defendant, from use of the PRINCIPAL BENEFIT Mark or any other colorable imitation of any PRINCIPAL or PRINCIPAL formative trademark in any advertisement, promotion, offer for sale, or sale of any goods or services that are sufficiently similar to those offered by Plaintiff such that confusion is likely;

B. Find Defendant liable for infringement of Plaintiff's PRINCIPAL Family of Marks and for the acts of unfair competition and trademark dilution;

C. Order an award to Plaintiff of all actual damages and an accounting of

1   any gains, profits and advantages derived by Defendant resulting from the
2   infringing acts complained of herein;

3          D. Order an award of three times the amount of Plaintiff's damages or
4   Defendant's profits, whichever is greater;

5          E. Order an award to Plaintiff of all prejudgment and post-judgment
6              interest to the
7   extent allowed by law;

8          F. Award Plaintiff all of its costs, disbursements and reasonable
9   attorneys' fees due to the exceptional nature of the case pursuant to 15 U.S.C.
10  § 1117; and

11         G. Award Plaintiff other such relief, in law or in equity, as this Court
12  deems appropriate.

13         Plaintiff hereby demands trial by jury on all issues.

14                              Respectfully submitted,

15  Dated: March 8, 2013          WILSON, ELSER, OSKOWITZ,
16                                EDELMAN & DICKER LLP

17

18                              By:_____
19                                 Ian A. Stewart
20                                 Attorneys for Plaintiffs,
                                   PRINCIPAL FINANCIAL SERVICES,
                                   INC. and PRINCIPAL LIFE
21                                 INSURANCE COMPANY

22

23

24

25

26

27

28

COMPLAINT FOR TRADEMARK INFRINGEMENT, UNFAIR COMPETITION AND TRADEMARK DILUTION
1776602.1

# EXHIBIT "A"

**Principal Financial Group**

About The Principal® | Investor Relations | Contact Us | Careers | Global Locations | Site Map | Help

[Search]

**Account Login**

Select login type:

[Login Help]  [Go]

**Products**
- Life Insurance
- Disability Insurance
- Estate Planning

**Education**
- From Here to Security℠

**Disability Resources**

**Quick Links**
- Provider Directory
- Reporting Unethical or Fraudulent Activity

**Tools**
- Forms Library
- Office Locations
- Calculators
- Rates, Values & Performance

Home Page | For Businesses | For Individuals | For Financial Professionals | For Partners

Retirement/Investment | Banking | Insurance | Planning Center

## For Individuals: Insurance

We offer personalized strategies and products to help you increase and preserve your wealth.

It's not just about life and disability income insurance. Financial strategies and estate planning are also important – for both you and your heirs.

### Looking for life and disability income insurance strategies?

Discover how life and disability income insurance strategies can help you achieve and protect your goals.

» Determine how much insurance may be right for you

### Are you an employee of a company that offers our group insurance?

We have a variety of tools and resources available to you.

» View product information and resources

Approval #332205200S

**Online Disability claims**

Do you have group coverage and need to submit a disability claim? Get started with our online disability insurance claim form.

Investment and insurance products are: not a deposit · not FDIC Insured · not insured by any federal government agency · not a bank guarantee · and may lose value.

Have a question? Call us at 1.800.986.3343

About The Principal® | Investor Relations | Contact Us | Careers | Global Locations
Site Map | Help

Copyright © 2013, Principal Financial Services, Inc.
Disclosures and Terms of Use | Privacy and Security
Securities offered through Princor Financial Services Corporation, member SIPC

**EXHIBIT A**
27



**Principal Financial Group**

About The Principal® | Investor Relations | Contact Us | Careers | Global Locations | Site Map | Help

Search

| Home Page | For Businesses | For Individuals | For Financial Professionals | For Partners |
Retirement | Banking | Insurance | Wellness | Owner & Key Employee Solutions | Planning Center

**Account Login**

Select login type:

Login Help   Go

**Products**

Dental
Disability
Life
Vision
Critical Illness
Voluntary

**Benefit Services**

Enrollment Experience
Employee Education
Online Enrollment
Online Administration

**Quick Links**

Discounts & Services
Group Claim & Benefit Services
Return-To-Work™ Resources℠
Principal Dental Health Edge℠
Reporting Unethical or Fraudulent Activity

**Tools**

Provider Directory
Forms Library
Office Locations
Calculators
Rates, Values & Performance

🖨 Printable Page | ✉ Email this Page

## Employee Benefit Education

When you take the time to offer a benefit package, making sure employees use the benefits offered is important. Employees are far more likely to participate and take advantage of benefits if they know:

- How the benefits work
- Why they are important
- How much to purchase

### Our employee education programs

Whatever your company culture, size or location, Principal Life offers a choice of programs that take the burden of benefit education off of you. From the basic to the intimate, you can opt for the program that meets your needs.

Our needs-based approach helps engage employees so they feel empowered to make decisions. With a salaried benefit specialist leading, meetings are low-pressure and personalized.

- **Group** – Employees attend a group meeting to learn about their Principal Life benefits and sign-up for coverage.

- **One-on-one Principal Work Secure℠** – Employees meet one-on-one to receive a personalized insurance needs analysis, review their Principal Life benefits and sign up for coverage. Employees unable to attend a meeting can consult with an enroller over the phone.

Plus, for qualified groups of 25* employees or more, we have the ability to waive participation requirements when certain requirements are met.

\*$50 or more for critical illness

### Want to learn more?

✉ Contact your insurance broker or your local Principal Life sales office for more information about the products and services Principal Life offers.

This is a summary of non-medical insurance offered by Principal Life Insurance Company. It is not a complete statement of the rights, benefits, limitations or exclusions of the coverage described here.
EC 4078 - 01/2013

**Why Principal Life?**

- Shop for Easy to Manage Education and Enrollment
- Help Employees Secure Their Future
- How Much is Employee Choice You?

About The Principal® | Investor Relations | Contact Us | Careers | Global Locations
Site Map | Help

Copyright © 2013, Principal Financial Services, Inc.
Disclosures and Terms of Use | Privacy and Security
Securities offered through Princor Financial Services Corporation, member SIPC.

**EXHIBIT A**

**28**

**Principal Financial Group**

About The Principal® | Investor Relations | Contact Us | Careers | Global Locations | Site Map | Help

Search

**Account Login**

Select login type:

Login Help    Go

**Products**
- Dental
- Disability
- Life
- Vision
- Critical Illness
- Voluntary

**Benefit Services**
- Enrollment Experience
- Employee Education
- Online Enrollment
- Online Administration

**Quick Links**
- Discounts & Services
- Group Claim & Benefit Services
- Return-To-Work Resources℠
- Principal Dental Health Edge℠
- Reporting Unethical or Fraudulent Activity

**Tools**
- Provider Directory
- Forms Library
- Office Locations
- Calculators
- Rates, Values & Performance

Home Page | For Businesses | For Individuals | For Financial Professionals | For Partners
Retirement | Banking | Insurance | Wellness | Owners | New Employee Solutions | Planning Center

Printable Page | Email this Page

## Employee Enrollment Experience

Our needs-based education focuses on helping employees:

- Understand the benefits available
- Determine if they need coverage and how much
- Figure out how much they can afford

## Enrollment and Education Help

Principal Life has the people and tools to make the employee enrollment experience effective. We offer a full spectrum of promotional, education and enrollment tools in English and Spanish.

- **Promote** – Promotional materials encourage employees to attend meetings. E-mails, posters, fliers, statement stuffers and tabletents can be customized with the products offered, meeting locations, enrollment type and who to contact.

- **Educate** – A variety of benefit education programs, in a group or one-on-one setting, let you select the program that meets your company and employee needs. Enrollers are salaried Principal Life employees, so employees won't feel pressure to buy.

- **Enroll** – Employees can enroll via paper or online. Enrollment materials are customized based on the coverages you offer and include benefit costs so employees know how much will be taken out of their paycheck.

And, we help with new hires, providing ongoing support and education after the initial enrollment period.

## Want to learn more?

Contact your insurance broker or your local Principal Life sales office for more information about how voluntary benefits can give your business an edge.

This is a summary of non-medical insurance offered by Principal Life Insurance Company. It is not a complete statement of the rights, benefits, limitations or exclusions of the coverage described here.

GC 3839 - 03/2011

### Presentation

Education, enrollment and benefit administration made easy.

Watch this brief presentation (1:27) to find out how easy it can be.

### Why Principal Life?

- Shoot for Easy to Manage Education and Enrollment
- Targeted Education
- Enrollment and Administration
- One-on-One Benefit Education Delivers

---

About The Principal® | Investor Relations | Contact Us | Careers | Global Locations
Site Map | Help

Copyright © 2013, Principal Financial Services, Inc.
Disclosures and Terms of Use | Privacy and Security
Securities offered through Princor Financial Services Corporation, member SIPC

**EXHIBIT A**
**29**



**Principal Financial Group**

About The Principal® | Investor Relations | Contact Us | Careers | Global Locations | Site Map | Help

Search

**Account Login**

Select login type:

Login Help    Go

| Home Page | For Businesses | Insurance | Wellness | Owners & Key Employees | Solutions | Planning Center |

Retirement-Banking | For Individuals | For Financial Professionals | For Partners

🖨 Printable Page | ✉ Email this Page

**Products**
- Dental
- Disability
- Life
- Vision
- Critical Illness
- Voluntary

**Benefit Services**
- Enrollment Experience
- Online Administration

**Quick Links**
- Online Enrollment
- Principal Dental Health Edge℠
- Reporting Unethical or Fraudulent Activity

**Tools**
- Discounts & Services
- Group Claim & Benefit Services
- Return-To-Work Resources℠
- Performance
- Rates, Values & Calculators
- Office Locations
- Forms Library
- Provider Directory



Our group benefits portfolio just got bigger and better
Introducing
**Critical Illness Insurance**

Learn more

# Insurance Solutions

Offering insurance benefits that help employees protect and maintain their financial and physical well-being can protect your business as well. Learn more. (PDF, 194KB)

**Access to coverage:**

- Makes it easier to recruit and keep talented employees
- Keeps employees focused on and at work
- Increases loyalty and satisfaction
- Encourages preventive care before costly medical issues arise

## Why Choose Principal Life?

Whether your company is small, large or anything in between, Principal Life Insurance Company has the products, services and know-how needed to support your benefit package.

## Choice of Products

A successful benefit package includes an engaging education and enrollment program, and tools to easily manage your benefit program. Get the help you need to implement insurance benefits from start to finish.

- Dental
- Disability
- Life
- Vision
- Critical Illness
- Voluntary

**Don't miss these added features and services:**

- Enrollment Experience
- Online Enrollment
- Online Administration

## Want to learn more?

👉 Contact your insurance broker or your local Principal Life sales office for more information about the products and services Principal Life offers.

This is a summary of non-medical insurance offered by Principal Life Insurance Company. It is not a complete statement of the rights, benefits, limitations or exclusions of the coverage described here.
EC 3636-1 - 01/2013

**From The Principal®**

Benchmark your employee benefits.
Learn more now! (PDF 132KB)

**Why Principal Life?**
- Thousands Choose Principal Life
- Pick the Right Choice for Employee Benefits
- Provide Products & Services
- Superior Customer Service



Have a question? Call us at 1.800.986.3343

About The Principal® | Investor Relations | Contact Us | Careers | Global Locations
Site Map | Help

Copyright © 2013, Principal Financial Services, Inc.
Disclosures and Terms of Use | Privacy and Security
Securities offered through Princor Financial Services Corporation, member SIPC

URAC
ACCREDITED
HEALTH UTILIZATION
MANAGEMENT

**EXHIBIT A**
**30**



**Principal Financial Group**

About The Principal® | Investor Relations | Contact Us | Careers | Global Locations | Site Map | Help

Search

**Account Login**

Select login type: ▼  Go

Login Help

**Products**

Life Insurance

Disability Insurance

Estate Planning

**Education**

From Here to Security℠

Understand the Need

Insurance Myths

What Type of Life Insurance?

Life Insurance Calculator

Disability Income Insurance Calculator

Step-by-Step Insurance Guides

Disability Resources

**Quick Links**

Provider Directory

Reporting Unethical or Fraudulent Activity

**Tools**

Forms Library

Office Locations

Calculators

Rates, Values & Performance

Home Page | For Businesses | For Individuals | For Financial Professionals | For Partners

Retirement Investments Banking  Insurance  Planning Center

## From Here to Security℠

### The time to address financial security is now

Fewer and fewer Americans are taking steps to achieve and protect their financial objectives. The good news is that we can help you take control of your financial situation and protect your future — starting now!

**Step 1**

Start by downloading and reviewing our educational series – *From Here to Security℠*. These step-by-step guides will help you discover how life and disability income insurance strategies can help you achieve and protect your goals — whatever they may be.

- Step-by-Step Guide to Life Insurance (PDF: 3.4 MB)
- Step-by-Step Guide to Disability Income Insurance (PDF: 844 KB)

**Step 2**

Next, explore your financial protection needs by using our easy-to-use calculators.
You can also explore common myths and see how other families and individuals are taking steps to protect their financial security.

- Life Insurance Calculator
- Disability Income Insurance Calculator

**Step 3**

Contact a financial representative for a Principal From Here to Security Review℠. Our representatives will help you discover how to design an affordable financial security strategy to fit your unique situation.





PLAY   00:59   02:28



Explore your options

Get more information about the life insurance options The Principal offers.

Request a DI quote today!

L10505018w

Investment and insurance products are: not a deposit · not FDIC insured · not insured by any federal government agency · not a bank guarantee · and may lose value.

Have a question? Call us at 1.800.986.3343

About The Principal® | Investor Relations | Contact Us | Careers | Global Locations
Site Map | Help

Copyright © 2012, Principal Financial Services, Inc.
Disclosures and Terms of Use | Privacy and Security
Securities offered through Princor Financial Services Corporation, member SIPC





















**EXHIBIT A**

**31**

# EXHIBIT "B"

Int. Cl.: 36

Prior U.S. Cls.: 101 and 102

## United States Patent and Trademark Office

Reg. No. 1,740,181
Registered Dec. 15, 1992

### SERVICE MARK
### PRINCIPAL REGISTER

## THE PRINCIPAL

PRINCIPAL MUTUAL LIFE INSURANCE COM-
PANY (IOWA CORPORATION)
711 HIGH STREET
DES MOINES, IA 50309

FOR: COMMERCIAL AND RESIDENTIAL
REAL ESTATE SERVICES; NAMELY, BRO-
KERAGE, INVESTMENT, MANAGEMENT,
MORTGAGE LOAN, AND VALUATION SERV-
ICES, IN CLASS 36 (U.S. CLS. 101 AND 102).

FIRST USE 12-1-1985; IN COMMERCE
12-1-1985.

OWNER OF U.S. REG. NOS. 1,502,246, 1,530,022
AND OTHERS.

SER. NO. 74-209,456, FILED 10-4-1991.

STEPHEN JEFFRIES, EXAMINING ATTOR-
NEY

Int. Cl.: 36

Prior U.S. Cls.: 101 and 102

**United States Patent and Trademark Office**

Reg. No. 1,740,172
Registered Dec. 15, 1992

## SERVICE MARK
## PRINCIPAL REGISTER

## THE PRINCIPAL FINANCIAL GROUP

PRINCIPAL MUTUAL LIFE INSURANCE COM-
PANY (IOWA CORPORATION)
711 HIGH STREET
DES MOINES, IA 50309

FOR: COMMERCIAL AND RESIDENTIAL
REAL ESTATE SERVICES; NAMELY, BRO-
KERAGE, INVESTMENT, MANAGEMENT,
MORTGAGE LOAN, AND VALUATION SERV-
ICES, IN CLASS 36 (U.S. CLS. 101 AND 102).
FIRST USE 12-1-1985; IN COMMERCE
12-1-1985.

OWNER OF U.S. REG. NOS. 1,502,246, 1,530,022
AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "FINANCIAL GROUP", APART
FROM THE MARK AS SHOWN.

SER. NO. 74-183,920. FILED 7-11-1991.

STEPHEN JEFFRIES, EXAMINING ATTOR-
NEY

EXHIBIT B
33

Int. Cl.: 36

Prior U.S. Cls.: 100, 101 and 102

**Reg. No. 1,698,013**

**United States Patent and Trademark Office** Registered June 30, 1992

## SERVICE MARK
## PRINCIPAL REGISTER



PRINCIPAL MUTUAL LIFE INSURANCE COM-
PANY (IOWA CORPORATION)
711 HIGH STREET
DES MOINES, IA 50309

FOR: REAL ESTATE LEASING AND MAN-
AGEMENT SERVICES, IN CLASS 36 (U.S. CLS.
100, 101 AND 102).

FIRST USE 12-1-1985; IN COMMERCE
12-1-1985.

OWNER OF U.S. REG. NOS. 1,502,424, 1,530,022
AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "FINANCIAL GROUP", APART
FROM THE MARK AS SHOWN.

SER. NO. 74-183,906, FILED 7-11-1991.

MARK T. MULLEN, EXAMINING ATTORNEY

EXHIBIT B
34

Int. Cl.: 36

Prior U.S. Cls.: 101 and 102

Reg. No. 1,562,541

**United States Patent and Trademark Office**  Registered Oct. 24, 1989

SERVICE MARK
PRINCIPAL REGISTER

# PRINCIPAL

PRINCIPAL MUTUAL LIFE INSURANCE COM-
PANY (IOWA CORPORATION)
711 HIGH STREET
DES MOINES, IA 50309

FOR: FINANCIAL ANALYSIS AND CON-
SULTING, MANAGEMENT OF SECURITIES
AND SECURITIES BROKERAGE SERVICES,
IN CLASS 36 (U.S. CLS. 101 AND 102).

FIRST USE 7-8-1960; IN COMMERCE
7-8-1960.

OWNER OF U.S. REG. NOS. 1,427,769, 1,469,375
AND OTHERS.

SER. NO. 762,861, FILED 11-9-1988.

LIZ KULICK, EXAMINING ATTORNEY

Int. Cl.: 36

Prior U.S. Cl.: 102

Reg. No. 1,508,544

United States Patent and Trademark Office   Registered Oct. 11, 1988

## SERVICE MARK
### PRINCIPAL REGISTER

# The Principal

PRINCIPAL MUTUAL LIFE INSURANCE COM-
PANY (IOWA CORPORATION)
711 HIGH STREET
DES MOINES, IA 50307 , BY CHANGE OF
NAME FROM BANKERS LIFE COMPANY
(IOWA CORPORATION) DES MOINES, IA
50307

FOR: LIFE, HEALTH, ACCIDENT AND CAS-
UALTY INSURANCE AND REINSURANCE UN-
DERWRITING AND BROKERAGE SERVICES;
UNDERWRITING, ADMINISTERING AND
MANAGING ANNUITIES AND PENSION

FUNDS FOR OTHERS VARIABLE LIFE IN-
SURANCE AND VARIABLE ANNUITIES
FUNDED THROUGH A VARIETY OF FUND-
ING MEDIA, IN CLASS 36 (U.S. CL. 102).

FIRST USE 9-5-1985; IN COMMERCE
9-5-1985.

SEC. 2(F).

SER. NO. 557,402, FILED 9-9-1985.

DOMINICK J. SALEMI, EXAMINING ATTOR-
NEY

EXHIBIT B
36

Int. Cls.: 35, 36 and 42

Prior U.S. Cls.: 100, 101 and 102

## United States Patent and Trademark Office

Reg. No. 1,504,246
Registered Sep. 13, 1988

### SERVICE MARK
### PRINCIPAL REGISTER



PRINCIPAL MUTUAL LIFE INSURANCE COM-
PANY (IOWA CORPORATION)
711 HIGH STREET
DES MOINES, IA 50309

FOR: CONSULTING AND CONTRACT MAN-
AGEMENT SERVICES TO HEALTH MAINTE-
NANCE ORGANIZATIONS AND PREFERRED
PROVIDER ORGANIZATIONS, IN CLASS 35
(U.S. CL. 101).

FIRST USE 9-5-1985; IN COMMERCE
9-5-1985.

FOR: ARRANGING FOR PREPAID MEDI-
CAL CARE FOR OTHERS, IN CLASS 36 (U.S.
CLS. 101 AND 102).

FIRST USE 9-5-1985; IN COMMERCE
9-5-1985.

FOR: HEALTH CARE SERVICES REN-
DERED THROUGH PREFERRED PROVIDER
ORGANIZATIONS AND HEALTH MAINTE-
NANCE ORGANIZATIONS, IN CLASS 42 (U.S.
CL. 100).

FIRST USE 9-5-1985; IN COMMERCE
9-5-1985.

SER. NO. 670,157, FILED 7-6-1987.

DOMINICK J. SALEMI, EXAMINING ATTOR-
NEY

Int. Cl.: 36

Prior U.S. Cl.: 102

**United States Patent and Trademark Office**  Reg. No. 1,508,542
Registered Oct. 11, 1988

## SERVICE MARK
### PRINCIPAL REGISTER

**thePrincipal**

PRINCIPAL MUTUAL LIFE INSURANCE COM-
PANY (IOWA CORPORATION)
711 HIGH STREET
DES MOINES, IA 50307 , BY CHANGE OF
NAME FROM BANKERS LIFE COMPANY
(IOWA CORPORATION) DES MOINES, IA
50307

FOR: LIFE, HEALTH, ACCIDENT AND CAS-
UALTY INSURANCE AND REINSURANCE UN-
DERWRITING AND BROKERAGE SERVICES;
UNDERWRITING, ADMINISTERING AND
MANAGING ANNUITIES AND PENSION

FUNDS FOR OTHERS; VARIABLE LIFE IN-
SURANCE AND VARIABLE ANNUITIES
FUNDED THROUGH A VARIETY OF FUND-
ING MEDIA, IN CLASS 36 (U.S. CL. 102).

FIRST USE 9-5-1985; IN COMMERCE
9-5-1985.

SEC. 2(F) AS TO "THE PRINCIPAL".

SER. NO. 557,322, FILED 9-9-1985.

DOMINICK J. SALEMI, EXAMINING ATTOR-
NEY

Int. Cl.: 36

Prior U.S. Cls.: 101 and 102

United States Patent and Trademark Office

Reg. No. 1,530,023
Registered Mar. 14, 1989

## SERVICE MARK
## PRINCIPAL REGISTER



PRINCIPAL MUTUAL LIFE INSURANCE COM-
PANY (IOWA CORPORATION)
711 HIGH STREET
DES MOINES, IA 50307 , BY CHANGE OF
NAME FROM BANKERS LIFE COMPANY
(IOWA CORPORATION) DES MOINES, IA
50307

FOR: LIFE, HEALTH, ACCIDENT AND CAS-
UALTY INSURANCE UNDERWRITING SERV-
ICES, INVESTMENT MANAGEMENT SERV-
ICES, ADMINISTERING ANNUITIES, MUTUAL
FUNDS, PENSIONS AND INCOME PROGRAMS
FOR OTHERS, REGISTERED INVESTMENT

ADVISORY SERVICES AND BROKER-
DEALER SECURITIES SERVICES, IN CLASS
36 (U.S. CLS. 101 AND 102).
FIRST USE 9-22-1982; IN COMMERCE
9-22-1985.
OWNER OF U.S. REG. NOS. 1,427,769 AND
1,469,373.
THE DRAWING IS LINED FOR BLUE
WHICH IS A FEATURE OF THE MARK.

SER. NO. 560,349, FILED 9-26-1985.

DOMINICK J. SALEMI, EXAMINING ATTOR-
NEY

Int. Cl.: 36

Prior U.S. Cls.: 101 and 102

Reg. No. 1,469,375

## United States Patent and Trademark Office    Registered Dec. 15, 1987

### SERVICE MARK
### PRINCIPAL REGISTER

## THE PRINCIPAL EDGE

PRINCIPAL MUTUAL LIFE INSURANCE COM-
PANY (IOWA CORPORATION)
711 HIGH STREET
DES MOINES, IA 50309

FOR: LIFE, HEALTH, ACCIDENT AND CAS-
UALTY INSURANCE UNDERWRITING SERV-
ICES, INVESTMENT MANAGEMENT SERV-
ICES, ADMINISTERING ANNUITIES, MUTUAL
FUNDS, PENSIONS AND INCOME PROGRAMS

FOR OTHERS AND REGISTERED INVEST-
MENT ADVISORY SERVICES, IN CLASS 36
(U.S. CLS. 101 AND 102).
FIRST USE 2-3-1987; IN COMMERCE
2-3-1987.

SER. NO. 649,716, FILED 3-16-1987.

TERRY ELLEN HOLTZMAN, EXAMINING AT-
TORNEY

Int. Cl.: 36

Prior U.S. Cls.: 101 and 102

Reg. No. 1,508,543

United States Patent and Trademark Office    Registered Oct. 11, 1988

### SERVICE MARK
### PRINCIPAL REGISTER

# The Principal Financial Group

PRINCIPAL MUTUAL LIFE INSURANCE COMPANY (IOWA CORPORATION)
711 HIGH STREET
DES MOINES, IA 50307 , BY CHANGE OF NAME FROM BANKERS LIFE COMPANY (IOWA CORPORATION) DES MOINES, IA 50307

FOR: LIFE, HEALTH, ACCIDENT AND CASUALTY INSURANCE AND REINSURANCE UNDERWRITING AND BROKERAGE SERVICES; UNDERWRITING, ADMINISTERING AND MANAGING ANNUITIES AND PENSION FUNDS FOR OTHERS; VARIABLE LIFE INSURANCE AND VARIABLE ANNUITIES FUNDED THROUGH A VARIETY OF FUNDING MEDIA, IN CLASS 36 (U.S. CLS. 101 AND 102).

FIRST USE 9-5-1985; IN COMMERCE 9-5-1985.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "FINANCIAL GROUP", APART FROM THE MARK AS SHOWN.

SEC. 2(F).

SER. NO. 557,334, FILED 9-9-1985.

DOMINICK J. SALEMI, EXAMINING ATTORNEY

Int. Cl.: 36

Prior U.S. Cls.: 101 and 102

**United States Patent and Trademark Office**

Reg. No. 1,530,022
Registered Mar. 14, 1989

SERVICE MARK
PRINCIPAL REGISTER



PRINCIPAL MUTUAL LIFE INSURANCE COM-
PANY (IOWA CORPORATION)
711 HIGH STREET
DES MOINES, IA 50307 , BY CHANGE OF
NAME FROM BANKERS LIFE COMPANY
(IOWA CORPORATION) DES MOINES, IA
50307

FOR: LIFE, HEALTH, ACCIDENT AND CAS-
UALTY INSURANCE UNDERWRITING SERV-
ICES, INVESTMENT MANAGEMENT SERV-
ICES, ADMINISTERING ANNUITIES, MUTUAL
FUNDS, PENSIONS AND INCOME PROGRAMS
FOR OTHERS, REGISTERED INVESTMENT
ADVISORY SERVICES AND BROKER-

DEALER SECURITIES SERVICES, IN CLASS
36 (U.S. CLS. 101 AND 102).
FIRST USE 9-5-1985; IN COMMERCE
9-5-1985.
OWNER OF U.S. REG. NOS. 1,427,769 AND
1,469,373.
NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "FINANCIAL GROUP", APART
FROM THE MARK AS SHOWN.

SER. NO. 557,403, FILED 9-9-1985.

DOMINICK J. SALEMI, EXAMINING ATTOR-
NEY

EXHIBIT B
42

Int. Cl.: 36

Prior U.S. Cls.: 101 and 102

Reg. No. 1,531,199

**United States Patent and Trademark Office** Registered Mar. 21, 1989

**SERVICE MARK**
PRINCIPAL REGISTER



PRINCIPAL MUTUAL LIFE INSURANCE COM-
PANY (IOWA CORPORATION)
711 HIGH STREET
DES MOINES, IA 50307 , BY CHANGE OF
NAME FROM BANKERS LIFE COMPANY
(IOWA CORPORATION) DES MOINES, IA
50307

FOR: LIFE, HEALTH, ACCIDENT AND CAS-
UALTY INSURANCE UNDERWRITING SERV-
ICES, INVESTMENT MANAGEMENT SERV-
ICES, ADMINISTERING ANNUITIES, MUTUAL
FUNDS, PENSIONS AND INCOME PROGRAMS
FOR OTHERS, REGISTERED INVESTMENT
ADVISORY SERVICES AND BROKER-
DEALER SECURITIES SERVICES, IN CLASS
36 (U.S. CLS. 101 AND 102).

FIRST USE 9–22–1985; IN COMMERCE
9–22–1985.

OWNER OF U.S. REG. NOS. 1,427,769 AND
1,469,373.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "FINANCIAL GROUP", APART
FROM THE MARK AS SHOWN.

THE DRAWING IS LINED FOR THE COLOR
BLUE WHICH IS A FEATURE OF THE MARK.

SEC. 2(F).

SER. NO. 560,168, FILED 9–26–1985.

DOMINICK J. SALEMI, EXAMINING ATTOR-
NEY

Int. Cls.: 35, 36 and 42

Prior U.S. Cls.: 100, 101 and 102

Reg. No. 1,502,424

United States Patent and Trademark Office    Registered Aug. 30, 1988

SERVICE MARK
PRINCIPAL REGISTER

THE PRINCIPAL FINANCIAL GROUP

PRINCIPAL MUTUAL LIFE INSURANCE COM-
PANY (IOWA CORPORATION)
711 HIGH STREET
DES MOINES, IA 50309

FOR: CONSULTING AND CONTRACT MAN-
AGEMENT SERVICES TO HEALTH MAINTE-
NANCE ORGANIZATIONS AND PREFERRED
PROVIDER ORGANIZATIONS, IN CLASS 35
(U.S. CL. 101).
    FIRST  USE  9–5–1985;  IN  COMMERCE
9–5–1985.
    FOR: ARRANGING FOR PREPAID MEDI-
CAL CARE FOR OTHERS, IN CLASS 36 (U.S.
CL. 102).
    FIRST  USE  9–5–1985;  IN  COMMERCE
9–5–1985.

FOR:  HEALTH  CARE  SERVICES  REN-
DERED THROUGH PREFERRED PROVIDER
ORGANIZATIONS  AND  HEALTH  MAINTE-
NANCE ORGANIZATIONS, IN CLASS 42 (U.S.
CL. 100).
    FIRST  USE  9–5–1985;  IN  COMMERCE
9–5–1985.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "FINANCIAL GROUP", APART
FROM THE MARK AS SHOWN.

SER. NO. 658,574, FILED 5–4–1987.

DOMINICK J. SALEMI, EXAMINING ATTOR-
NEY

EXHIBIT B
44

Int. Cl.: 36

Prior U.S. Cls.: 100 and 102

Reg. No. 1,561,335

United States Patent and Trademark Office    Registered Oct. 17, 1989

## SERVICE MARK
## PRINCIPAL REGISTER

## THE PRINCIPAL PLAN

PRINCIPAL MUTUAL LIFE INSURANCE COM-
PANY (IOWA CORPORATION)
711 HIGH STREET
DES MOINES, IA 50309

FOR: ARRANGING FOR PRE-PAID MEDI-
CAL CARE FOR OTHERS, IN CLASS 36 (U.S.
CLS. 100 AND 102).
FIRST USE 4-1-1986; IN COMMERCE
4-1-1986.

OWNER OF U.S. REG. NOS. 1,427,769, 1,509,541
AND OTHERS.
NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "PLAN", APART FROM THE
MARK AS SHOWN.
SEC. 2(F).

SER. NO. 766,367, FILED 11-30-1988.

L'Z KULICK, EXAMINING ATTORNEY

Int. Cl.: 36

Prior U.S. Cls.: 100, 101 and 102

United States Patent and Trademark Office

Corrected

Reg. No. 2,843,297

Registered May 18, 2004

OG Date Sep. 28, 2004

## SERVICE MARK
## PRINCIPAL REGISTER

## PRINCIPAL BANK

PRINCIPAL FINANCIAL SERVICES, INC. (IOWA CORPORATION)
711 HIGH STREET
DES MOINES, IA 50392

OWNER OF U.S. REG. NOS. 1,427,769, 1,469,375 AND OTHERS.

NO CLAIM IS MADE TO THE EXCLU-SIVE RIGHT TO USE "BANK", APART FROM THE MARK AS SHOWN.

FOR: RETAIL COMMERCIAL BANK-ING SERVICES, NAMELY, CHECKING, SAVINGS, MONEY MARKET, CREDIT CARDS, CERTIFICATES OF DEPOSIT, MORTGAGE LOANS, COMMERCIAL REAL ESTATE LENDING, AND CORPO-RATE BANKING SERVICES, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 6-0-1998; IN COMMERCE 6-0-1998.

SER. NO. 75-323,202, FILED 7-3-1997.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Sep. 28, 2004.*

DIRECTOR OF THE U.S. PATENT AND TRADEMARK OFFICE

Int. Cl.: 36

Prior U.S. Cls.: 100, 101 and 102

**United States Patent and Trademark Office**

Reg. No. 3,053,544

Registered Jan. 31, 2006

## SERVICE MARK
### PRINCIPAL REGISTER

# PRINCIPAL GLOBAL INVESTORS

PRINCIPAL FINANCIAL SERVICES, INC. (IOWA CORPORATION)

711 HIGH STREET

DES MOINES, IA 50392

FOR: FINANCIAL SERVICES, NAMELY, PORTFOLIO MANAGEMENT, FINANCIAL MARKET ANALYSIS, ASSET MANAGEMENT, MORTGAGE LENDING, REAL ESTATE AND SECURITIES INVESTMENT MANAGEMENT AND INVESTMENT MANAGEMENT ADVISORY SERVICES, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 9-30-2002; IN COMMERCE 9-30-2002.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,698,013, 1,740,181 AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "GLOBAL INVESTORS", APART FROM THE MARK AS SHOWN.

SER. NO. 78-453,433, FILED 7-20-2004.

G. MAYERSCHOFF, EXAMINING ATTORNEY

Int. Cl.: 36

Prior U.S. Cls.: 100, 101 and 102

**United States Patent and Trademark Office**

Reg. No. 3,095,382

Registered May 23, 2006

## SERVICE MARK
### PRINCIPAL REGISTER



PRINCIPAL FINANCIAL SERVICES, INC. (IOWA CORPORATION)

711 HIGH STREET

DES MOINES, IA 50392

FOR: RETAIL COMMERCIAL BANKING SERVI-CES, NAMELY, CHECKING, SAVINGS, MONEY MARKET, CREDIT CARDS, CERTIFICATES OF DEPOSIT, MORTGAGE LOANS, COMMERCIAL REAL ESTATE LENDING, AND CORPORATE BANKING SERVICES, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 6-0-1998; IN COMMERCE 6-0-1998.

OWNER OF U.S. REG. NOS. 1,504,246, 2,843,297 AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "BANK", APART FROM THE MARK AS SHOWN.

THE MARK CONSISTS OF THE WORD PRINCI-PAL ON A SOLID TRIANGLE AND THE WORD BANK UNDERNEATH.

SER. NO. 78-630,974, FILED 5-16-2005.

NAAKWAMA ANKRAH, EXAMINING ATTORNEY

Int. Cl.: 36

Prior U.S. Cls.: 100, 101, and 102

**United States Patent and Trademark Office**

Reg. No. 3,107,136

Registered June 20, 2006

## SERVICE MARK
### PRINCIPAL REGISTER

# PRINCIPAL FREEDOM

PRINCIPAL FINANCIAL SERVICES, INC. (IOWA CORPORATION)
711 HIGH STREET
DES MOINES, IA 503920300

FOR: FINANCIAL SERVICES, NAMELY, VARI-ABLE ANNUITIES, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 5-3-1999; IN COMMERCE 5-3-1999.

OWNER OF U.S. REG. NOS. 1,427,769, 2,177,178, AND OTHERS.

SN 75-512,336, FILED 7-2-1998.

JENNIFER WILLISTON, EXAMINING ATTORNEY

Int. Cl.: 36

Prior U.S. Cls.: 100, 101, and 102

Reg. No. 3,174,382

## United States Patent and Trademark Office

Registered Nov. 21, 2006

### SERVICE MARK
### PRINCIPAL REGISTER

## PRINCIPAL ADVANTAGE

PRINCIPAL LIFE INSURANCE COMPANY (IOWA CORPORATION)
711 HIGH STREET
DES MOINES, IA 50392

FOR: LIFE, HEALTH, ACCIDENT AND CASUALTY INSURANCE UNDERWRITING AND BROKERAGE SERVICES, INVESTMENT MANAGEMENT SERVICES, UNDERWRITING, ADMINISTERING AND MANAGING ANNUITIES, MUTUAL FUNDS, PENSIONS AND INCOME PROGRAMS FOR OTH-ERS, REGISTERED INVESTMENT ADVISORY SERVICES AND MANAGEMENT OF SECURITIES AND SECURITIES BROKERAGE SERVICES, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 10-1-2000; IN COMMERCE 10-1-2000.

SN 75-463,886, FILED 4-7-1998.

JENNIFER WILLISTON, EXAMINING ATTORNEY

Int. Cl.: 36

Prior U.S. Cls.: 100, 101 and 102

## United States Patent and Trademark Office

Reg. No. 3,297,647

Registered Sep. 25, 2007

## SERVICE MARK
### PRINCIPAL REGISTER



PRINCIPAL FINANCIAL SERVICES, INC. (IOWA CORPORATION)
711 HIGH STREET
DES MOINES, IA 50392

FOR: ANNUITIES UNDERWRITING AND INVESTMENT, MANAGEMENT OF, DISTRIBUTION AND ADMINISTRATION SERVICES, NAMELY, PROVIDING ADMINISTRATIVE SERVICES FOR FIXED AND VARIABLE ANNUITIES; FUNDS INVESTMENT; TRUST AND CUSTODIAL SERVICES FOR RETIREMENT PLANS, NAMELY, INVESTMENT OF FUNDS FOR OTHERS IN THE FIELD OF MUTUAL FUNDS AND INDIVIDUAL RETIREMENT ACCOUNTS; ADMINISTRATION OF EMPLOYEE PENSION PLANS; FINANCIAL SERVICES IN THE NATURE OF AN INVESTMENT SECURITY; INVESTMENT MANAGEMENT SERVICES; MUTUAL FUND INVESTMENT, DISTRIBUTION AND BROKERAGE; ADMINISTRATION OF EMPLOYER PROVIDED AND INDIVIDUAL PENSION AND FIXED INVESTMENT INCOME PROGRAMS; REGISTERED INVESTMENT ADVISORY SERVICES AND BROKER-DEALER SECURITIES SERVICES, NAMELY, BROKERING AND TRADING IN SECURITIES AND PROVIDING INVESTMENT ADVISORY SERVICES; BANKING SERVICES; CONSUMER LOAN FINANCING; PENSION PLAN CONSULTING; ESTATE PLANNING; FINANCIAL PLANNING; ADMINISTRATION SERVICES OF INSURANCE IN THE FIELDS OF LIFE, HEALTH, DISABILITY, DENTAL, PRESCRIPTION DRUG, VISION AND ACCIDENTAL DEATH AND DISMEMBERMENT; ADMINISTRATION OF EMPLOYEE BENEFIT PLANS, NAMELY, DEFERRED COMPENSATION BENEFIT PLANS, PROFIT SHARING PLANS, CAFETERIA PLANS AND OTHER EMPLOYEE BENEFIT PLANS; INSURANCE UNDERWRITING AND BROKERAGE SERVICES FOR GROUPS AND INDIVIDUALS IN THE FIELDS OF LIFE, HEALTH, DISABILITY AND DENTAL; MORTGAGE BANKING SERVICES; MORTGAGE BROKERAGE SERVICES; REAL ESTATE MORTGAGE LENDING AND MORTGAGE ASSET PROCUREMENT FOR OTHERS; MAINTAINING REAL ESTATE MORTGAGE ESCROW ACCOUNTS; REAL ESTATE INVESTMENT SERVICES; REAL ESTATE MANAGEMENT; LEASING OF COMMERCIAL REAL ESTATE FINANCIAL INVESTMENT IN THE FIELD OF REAL ESTATE DEVELOPMENT; PROVIDING ADMINISTRATION SERVICES TO EMPLOYEE WELFARE BENEFIT PLANS AND PRE-PAID DENTAL PLANS AND CLAIMS ADMINISTRATION, NAMELY, CLAIMS PROCESSING; AND RETAIL COMMERCIAL BANKING SERVICES, NAMELY, CHECKING, SAVINGS, MONEY MARKET, CREDIT CARDS, CERTIFICATES OF DEPOSIT, MORTGAGE LOANS, COMMERCIAL REAL ESTATE LENDING, AND CORPORATE BANKING SERVICES, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 9-30-2005; IN COMMERCE 9-30-2005.

OWNER OF U.S. REG. NOS. 1,740,172, 3,095,382 AND OTHERS.

THE MARK CONSISTS OF A WHIMSICAL MALE FIGURE LEANING ON AN EDGE DESIGN WITH THE WORD PRINCIPAL.

SER. NO. 78-869,793, FILED 4-26-2006.

MARTHA SANTOMARTINO, EXAMINING ATTOR-
NEY

Int. Cl.: 36

Prior U.S. Cls.: 100, 101 and 102

Reg. No. 3,324,583

## United States Patent and Trademark Office

Registered Oct. 30, 2007

### SERVICE MARK
### PRINCIPAL REGISTER

# PRINCIPAL

PRINCIPAL FINANCIAL SERVICES, INC. (IOWA CORPORATION)
711 HIGH STREET
DES MOINES, IA 50392

FOR: ANNUITIES UNDERWRITING AND INVESTMENT, MANAGEMENT OF, DISTRIBUTION AND ADMINISTRATION SERVICES, NAMELY, PROVIDING ADMINISTRATIVE SERVICES FOR FIXED AND VARIABLE ANNUITIES; FUNDS INVESTMENT; TRUST AND CUSTODIAL SERVICES FOR RETIREMENT PLANS, NAMELY, INVESTMENT OF FUNDS FOR OTHERS IN THE FIELD OF MUTUAL FUNDS AND INDIVIDUAL RETIREMENT ACCOUNTS; ADMINISTRATION OF EMPLOYEE PENSION PLANS; FINANCIAL SERVICES IN THE NATURE OF AN INVESTMENT SECURITY; INVESTMENT MANAGEMENT SERVICES; MUTUAL FUND INVESTMENT, DISTRIBUTION AND BROKERAGE; ADMINISTRATION OF EMPLOYER PROVIDED AND INDIVIDUAL PENSION AND FIXED INVESTMENT INCOME PROGRAMS; REGISTERED INVESTMENT ADVISORY SERVICES AND BROKER-DEALER SECURITIES SERVICES, NAMELY, BROKERING AND TRADING IN SECURITIES AND PROVIDING INVESTMENT ADVISORY SERVICES; BANKING SERVICES; CONSUMER LOAN FINANCING; PENSION PLAN CONSULTING; ESTATE PLANNING; FINANCIAL PLANNING; ADMINISTRATION SERVICES OF INSURANCE IN THE FIELDS OF LIFE, HEALTH, DISABILITY, DENTAL, PRESCRIPTION DRUG, VISION AND ACCIDENTAL DEATH AND DISMEMBERMENT; ADMINISTRATION OF EMPLOYEE BENEFIT PLANS, NAMELY, DEFERRED COMPENSATION BENEFIT PLANS, PROFIT SHARING PLANS, CAFETERIA PLANS AND OTHER EMPLOYEE BENEFIT PLANS; INSURANCE UNDER-WRITING AND BROKERAGE SERVICES FOR GROUPS AND INDIVIDUALS IN THE FIELDS OF LIFE, HEALTH, DISABILITY AND DENTAL; MORTGAGE BANKING SERVICES; MORTGAGE BROKERAGE SERVICES; REAL ESTATE MORTGAGE LENDING AND MORTGAGE ASSET PROCUREMENT FOR OTHERS; MAINTAINING REAL ESTATE MORTGAGE ESCROW ACCOUNTS; REAL ESTATE INVESTMENT SERVICES; REAL ESTATE MANAGEMENT; LEASING OF COMMERCIAL REAL ESTATE; FINANCIAL INVESTMENT IN THE FIELD OF REAL ESTATE DEVELOPMENT; PROVIDING ADMINISTRATION SERVICES TO EMPLOYEE WELFARE BENEFIT PLANS AND PRE-PAID DENTAL PLANS AND CLAIMS ADMINISTRATION, NAMELY, CLAIMS PROCESSING; AND RETAIL COMMERCIAL BANKING SERVICES, NAMELY, CHECKING, SAVINGS, MONEY MARKET, CREDIT CARDS, CERTIFICATES OF DEPOSIT, MORTGAGE LOANS, COMMERCIAL REAL ESTATE LENDING, AND CORPORATE BANKING SERVICES, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 9-5-1985; IN COMMERCE 9-5-1985.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,740,172, 3,095,382 AND OTHERS.

SER. NO. 78-946,471, FILED 8-7-2006.

MARTHA SANTOMARTINO, EXAMINING ATTORNEY

Int. Cl.: 36

Prior U.S. Cls.: 100, 101 and 102

## United States Patent and Trademark Office

Reg. No. 3,368,180

Registered Jan. 15, 2008

### SERVICE MARK
### PRINCIPAL REGISTER



PRINCIPAL FINANCIAL SERVICES, INC. (IOWA CORPORATION)
711 HIGH STREET
DES MOINES, IA 50392

FOR: FINANCIAL SERVICES, NAMELY, MUTUAL FUND INVESTMENT SERVICES, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 1-22-2007; IN COMMERCE 1-22-2007.

OWNER OF U.S. REG. NOS. 1,698,013, 3,095,382 AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "FUNDS", APART FROM THE MARK AS SHOWN.

THE MARK CONSISTS OF THE WORD PRINCIPAL IN AN EDGE DESIGN OVER THE WORD FUNDS.

SER. NO. 77-160,392, FILED 4-19-2007.

MORGAN WYNNE, EXAMINING ATTORNEY

Int. Cl.: 36

Prior U.S. Cls.: 100, 101 and 102

**United States Patent and Trademark Office**

Reg. No. 3,368,181

Registered Jan. 15, 2008

## SERVICE MARK
### PRINCIPAL REGISTER

# PRINCIPAL FUNDS

PRINCIPAL FINANCIAL SERVICES, INC. (IOWA CORPORATION)
711 HIGH STREET
DES MOINES, IA 50392

FOR: FINANCIAL SERVICES, NAMELY, MUTUAL FUND INVESTMENT SERVICES, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 1-17-2007; IN COMMERCE 1-17-2007.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,698,013, 3,095,382 AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "FUNDS", APART FROM THE MARK AS SHOWN.

SER. NO. 77-160,395, FILED 4-19-2007.

MORGAN WYNNE, EXAMINING ATTORNEY

Int. Cls.: 18, 21, 25, 28 and 41

Prior U.S. Cls.: 1, 2, 3, 13, 22, 23, 29, 30, 33, 38, 39, 40, 41, 50, 100, 101 and 107

Reg. No. 3,369,005

## United States Patent and Trademark Office

Registered Jan. 15, 2008

TRADEMARK
SERVICE MARK
PRINCIPAL REGISTER

## THE PRINCIPAL CHARITY CLASSIC

PRINCIPAL FINANCIAL SERVICES, INC. (IOWA CORPORATION)
711 HIGH STREET
DES MOINES, IA 50392

FOR: GOLF UMBRELLAS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 2-19-2007; IN COMMERCE 2-19-2007.

FOR: PLASTIC WATER BOTTLES SOLD EMPTY, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 2-19-2007; IN COMMERCE 2-19-2007.

FOR: JACKETS; HATS; T-SHIRTS; GOLF SHIRTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 2-19-2007; IN COMMERCE 2-19-2007.

FOR: GOLF BALLS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 2-19-2007; IN COMMERCE 2-19-2007.

FOR: ENTERTAINMENT IN THE NATURE OF GOLF TOURNAMENTS , IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 8-7-2006; IN COMMERCE 8-7-2006.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "CHARITY CLASSIC", APART FROM THE MARK AS SHOWN.

SER. NO. 77-190,887, FILED 5-25-2007.

MORGAN WYNNE, EXAMINING ATTORNEY

Int. Cl.: 36

Prior U.S. Cls.: 100, 101 and 102

## United States Patent and Trademark Office

Reg. No. 3,400,594
Registered Mar. 25, 2008

### SERVICE MARK
### PRINCIPAL REGISTER



PRINCIPAL FINANCIAL SERVICES, INC. (IOWA CORPORATION)
711 HIGH STREET
DES MOINES, IA 50392

FOR: FINANCIAL SERVICES, NAMELY, PORT-FOLIO MANAGEMENT, FINANCIAL MARKET ANALYSIS, ASSET MANAGEMENT, MORTGAGE LENDING, REAL ESTATE AND SECURITIES IN-VESTMENT MANAGEMENT AND INVESTMENT MANAGEMENT ADVISORY SERVICES, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 9-30-2002; IN COMMERCE 9-30-2002.

OWNER OF U.S. REG. NO. 3,053,544.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "GLOBAL INVESTORS", APART FROM THE MARK AS SHOWN.

THE MARK CONSISTS OF THE WORD PRINCI-PAL IN AN EDGE DESIGN OVER THE WORDS GLOBAL INVESTORS.

SER. NO. 77-027,397, FILED 10-23-2006.

RICHARD WHITE, EXAMINING ATTORNEY

EXHIBIT B
57

Int. Cls.: 18, 21, 25, 28 and 41

Prior U.S. Cls.: 1, 2, 3, 13, 22, 23, 29, 30, 33, 38, 39, 40, 41, 50, 100, 101 and 107

**United States Patent and Trademark Office**

Reg. No. 3,456,731
Registered July 1, 2008

## TRADEMARK
## SERVICE MARK
### PRINCIPAL REGISTER



PRINCIPAL FINANCIAL SERVICES, INC. (IOWA CORPORATION)
711 HIGH STREET
DES MOINES, IA 50392

FOR: GOLF UMBRELLAS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 2-19-2007; IN COMMERCE 2-19-2007.

FOR: PLASTIC WATER BOTTLES SOLD EMPTY, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 2-19-2007; IN COMMERCE 2-19-2007.

FOR: JACKETS; HATS; T-SHIRTS; GOLF SHIRTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 2-19-2007; IN COMMERCE 2-19-2007.

FOR: GOLF BALLS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 2-19-2007; IN COMMERCE 2-19-2007.

FOR: ENTERTAINMENT IN THE NATURE OF GOLF TOURNAMENTS , IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 8-7-2006; IN COMMERCE 8-7-2006.

THE MARK CONSISTS OF A WHIMSICAL MALE CHARACTER LEANING ON AN EDGE DESIGN ACTING AS A GOLF BAG WITH CLUBS WITH THE WORD "PRINCIPAL" ALL IN FRONT OF A LARGE GOLF BALL.

SER. NO. 77-190,882, FILED 5-25-2007.

MORGAN WYNNE, EXAMINING ATTORNEY

Int. Cls.: 36 and 41

Prior U.S. Cls.: 100, 101, 102 and 107

## United States Patent and Trademark Office

Reg. No. 3,461,024

Registered July 8, 2008

### SERVICE MARK
### PRINCIPAL REGISTER



PRINCIPAL FINANCIAL SERVICES, INC. (IOWA CORPORATION)
711 HIGH STREET
DES MOINES, IA 50392

FOR: FINANCIAL SPONSORSHIP OF AUTOMO-BILE RACING TEAMS; FINANCIAL SPONSORSHIP OF SPORTING AND ENTERTAINMENT VENUES, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 8-5-2004; IN COMMERCE 8-5-2004.

FOR: ENTERTAINMENT IN THE NATURE OF FAMILY-ORIENTED FESTIVALS, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 4-7-2004; IN COMMERCE 4-7-2004.

OWNER OF U.S. REG. NOS. 1,502,424, 1,531,199, AND 1,698,013.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "FINANCIAL GROUP", APART FROM THE MARK AS SHOWN.

THE MARK CONSISTS OF THE WORD "PRINCI-PAL" IN A BLACK EDGE DESIGN OVER THE WORDS "FINANCIAL SERVICES".

SER. NO. 77-283,825, FILED 9-19-2007.

KATHLEEN LORENZO, EXAMINING ATTORNEY

Int. Cls.: 25 and 36

Prior U.S. Cls.: 22, 39, 100, 101 and 102

## United States Patent and Trademark Office

Reg. No. 3,461,025
Registered July 8, 2008

## TRADEMARK
## SERVICE MARK
### PRINCIPAL REGISTER



PRINCIPAL FINANCIAL SERVICES, INC. (IOWA CORPORATION)
711 HIGH STREET
DES MOINES, IA 50392

FOR: SHIRTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 9-0-2006; IN COMMERCE 9-0-2006.

FOR: ANNUITIES UNDERWRITING AND INVESTMENT, MANAGEMENT OF, DISTRIBUTION AND ADMINISTRATION SERVICES, NAMELY, PROVIDING ADMINISTRATIVE SERVICES FOR FIXED AND VARIABLE ANNUITIES; FUNDS INVESTMENT; TRUST AND CUSTODIAL SERVICES FOR RETIREMENT PLANS, NAMELY, INVESTMENT OF FUNDS FOR OTHERS IN THE FIELD OF MUTUAL FUNDS AND INDIVIDUAL RETIREMENT ACCOUNTS; ADMINISTRATION OF EMPLOYEE PENSION PLANS; FINANCIAL SERVICES IN THE NATURE OF AN INVESTMENT SECURITY; INVESTMENT MANAGEMENT SERVICES; MUTUAL FUND INVESTMENT, DISTRIBUTION AND BROKERAGE; ADMINISTRATION OF EMPLOYER PROVIDED AND INDIVIDUAL PENSION AND FIXED INVESTMENT INCOME PROGRAMS; REGISTERED INVESTMENT ADVISORY SERVICES AND BROKER-DEALER SECURITIES SERVICES, NAMELY, BROKERING AND TRADING IN SECURITIES AND PROVIDING INVESTMENT ADVISORY SERVICES; BANKING SERVICES; CONSUMER LOAN FINANCING; PENSION PLAN CONSULTING; ESTATE PLANNING; FINANCIAL PLANNING; ADMINISTRATION SERVICES OF INSURANCE IN THE FIELDS OF LIFE, HEALTH, DISABILITY, DENTAL, PRESCRIPTION DRUG, VISION AND ACCIDENTAL DEATH AND DISMEMBERMENT; ADMINISTRATION OF EMPLOYEE BENEFIT PLANS, NAMELY, DEFERRED COMPENSATION BENEFIT PLANS, PROFIT SHARING PLANS AND CAFETERIA PLANS; INSURANCE UNDERWRITING AND BROKERAGE SERVICES FOR GROUPS AND INDIVIDUALS IN THE FIELDS OF LIFE, HEALTH, DISABILITY AND DENTAL; MORTGAGE BANKING SERVICES; MORTGAGE BROKERAGE SERVICES; REAL ESTATE MORTGAGE LENDING AND MORTGAGE ASSET PROCUREMENT FOR OTHERS; MAINTAINING REAL ESTATE MORTGAGE ESCROW ACCOUNTS; REAL ESTATE INVESTMENT SERVICES; REAL ESTATE MANAGEMENT; LEASING OF COMMERCIAL REAL ESTATE; FINANCIAL INVESTMENT IN THE FIELD OF REAL ESTATE DEVELOPMENT; PROVIDING ADMINISTRATION SERVICES TO EMPLOYEE WELFARE BENEFIT PLANS AND PRE-PAID DENTAL PLANS AND CLAIMS ADMINISTRATION, NAMELY, CLAIMS PROCESSING. AND RETAIL COMMERCIAL BANKING SERVICES, NAMELY, CHECKING, SAVINGS, MONEY MARKET, CREDIT CARDS, CERTIFICATES OF DEPOSIT, MORTGAGE LOANS, COMMERCIAL REAL ESTATE LENDING, AND CORPORATE BANKING SERVICES, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 9-0-2006; IN COMMERCE 9-0-2006.

OWNER OF U.S. REG. NOS. 1,502,424, 1,531,199, AND 1,698,013.

THE MARK CONSISTS OF A WHIMSICAL MALE FIGURE DRIVING A CAR MADE OF AN EDGE DESIGN WITH THE "PRINCIPAL" ON THE SIDE.

SER. NO. 77-283,829, FILED 9-19-2007.

KATHLEEN LORENZO, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office



**Principal**

*Wellness Company*

**Reg. No. 3,961,137**

**Registered May 17, 2011**

**Int. Cl.: 44**

**SERVICE MARK**

**PRINCIPAL REGISTER**

PRINCIPAL FINANCIAL SERVICES, INC. (IOWA CORPORATION)
711 HIGH STREET
DES MOINES, IA 50392

FOR: MANAGED HEALTH CARE SERVICES, NAMELY, PREVENTIVE MEDICAL SCREENINGS, AND WELLNESS PROGRAMS; PROVIDING HEALTH CARE INFORMATION IN THE FIELD OF HEALTH AND WELLNESS , IN CLASS 44 (U.S. CLS. 100 AND 101).

FIRST USE 7-22-2010; IN COMMERCE 7-22-2010.

OWNER OF U.S. REG. NO. 1,504,246.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "WELLNESS COMPANY", APART FROM THE MARK AS SHOWN.

THE MARK CONSISTS OF THE WORD "PRINCIPAL" IN AN EDGE DESIGN OVER THE WORDS "WELLNESS COMPANY".

SER. NO. 85-113,939, FILED 8-23-2010.

ARETHA SOMERVILLE, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office



# United States of America
## United States Patent and Trademark Office

# PRINCIPAL REAL ESTATE INVESTORS

**Reg. No. 4,111,149**

**Registered Mar. 13, 2012**

PRINCIPAL FINANCIAL SERVICES, INC. (IOWA CORPORATION)
711 HIGH STREET
DES MOINES, IA 50392

**Int. Cl.: 36**

FOR: REAL ESTATE INVESTMENT SERVICES; REAL ESTATE MANAGEMENT SERVICES, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

**SERVICE MARK**

FIRST USE 11-0-1999; IN COMMERCE 11-0-1999.

**PRINCIPAL REGISTER**

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "REAL ESTATE INVESTORS", APART FROM THE MARK AS SHOWN.

SER. NO. 85-274,952, FILED 3-23-2011.

ANTHONY RINKER, EXAMINING ATTORNEY



*Director of the United States Patent and Trademark Office*

# United States of America

## United States Patent and Trademark Office

**Principal**

*Real Estate Investors*

**Reg. No. 4,130,738**

**Registered Apr. 24, 2012**

**Int. Cl.: 36**

**SERVICE MARK**

**PRINCIPAL REGISTER**

PRINCIPAL FINANCIAL SERVICES, INC. (IOWA CORPORATION)
711 HIGH STREET
DES MOINES, IA 50392

FOR: REAL ESTATE INVESTMENT SERVICES; REAL ESTATE MANAGEMENT SERVICES, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 1-15-2010; IN COMMERCE 1-15-2010.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "REAL ESTATE INVESTORS", APART FROM THE MARK AS SHOWN.

THE MARK CONSISTS OF THE WORD "PRINCIPAL" ON A SOLID TRIANGLE AND THE WORDS "REAL ESTATE" ABOVE THE WORD "INVESTORS" UNDERNEATH THE TRIANGLE.

SER. NO. 85-274,758, FILED 3-23-2011.

ANTHONY RINKER, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office

# EXHIBIT "C"

AND POPULAR CHANNELS

Editor Melissa Mecherle mecherle.mediford@patch.com

Patch Newsletter   Nearby   Join   Sign In

## FountainValleyPatch   ☀ 56°

Home   News   Events   Directory   Offers & Clips   Commute   Real Estate

**Breaking: Police: More Fountain Valley Homes Burglarized »**

INSURANCE

### Principal Benefit & Insurance Solutions
★ ★ ★ ★  Rate this business
18398 Brookhurst St Fountain Valley, CA 92708 | Get Directions »

949-862-1822

Recommend  0

Email  Follow comments  Send to Phone  Print  Tweet  0

Principal Benefit & Insurance Solutions provides employees-benefit services. The company offers health and dental insurance for employees.

Do you own or manage this location? Claim it!

**Hours:** Mon - Fri, 9am - 5pm  Sat  Sun, closed
**Specialties (Insurance):** Dental, Health
**Type (Insurance):** Business  Personal
**Parking:** Free lot
**Payments accepted:** Cash, MasterCard  Personal Check, Visa

Upload Photos

We were not able to verify this listing to our standards. Tell me more about verification

AT THIS LOCATION

Add an event here

RATE THIS BUSINESS
★ ★ ★ ★ ★

Review It!

REVIEWS



$6.95
per online equity and ETF trade.
EDGE   START TODAY™

Sponsored Links


**Check ANYONE in Mount Laurel**
Did you know that your record is Public? Search Anyone instantly!
www.instantcheckmate.com


**Mom 65, Avoids Facelift**
Mount Laurel Dealer Has Mom Looking 15 Years Younger in 17 Seconds
janerio-consumerproducts.com


**Fisher-Price Sweepstakes**
You could win $19,000! Share your child's learning moments to enter.
www.fisher-price.com



Map data © OpenStreetMap contributors
CC-BY-SA


All-Waves Aquatics

As soon as your child can walk they can be water safe!
Call for a free Trial Today 714-531-5004

AdChoices



KICKSTART THE CASH BACK

APPLY NOW

### Advertise
Advertise on Patch and reach potential customers in your backyard and beyond. Click here for more information.
Learn more »

### Volunteer
If you want to help local causes, or your cause needs local help, your next click should be right here.
Learn more »

### Contribute
- Send us news tips
- Put an event on the calendar
- Announce something to everyone

| Patch Info | Get in Touch | Patch Initiatives | Goodies |
| --- | --- | --- | --- |
| About Us | Go Patch! | PatchU | Patch Newsletter |
| Jobs | Help | | Widgets |
| Advertise | Contact Us | | |
| About Our Ads | Patch Blog | | |
| Terms of Use | | | |
| Privacy Policy | | | |
| UPDATED | | | |


Patch Network

Copyright © 2012 Patch. All Rights Reserved.

**EXHIBIT C**
**64**

BrightScope
Data. Diligence. Decisions.

Search for a 401k Plan by Company (e.g. Google Inc)     [401k Plans ▼]     **Search**

Financial Advisor Directory | Financial Questions and Answers | 401k Ratings Directory

⌂ Home › Principal Benefit and Insurance Solutions 401K Plan › Form 5500

| BrightScope Rating | Form 5500 Data ⊞ | Plan Dashboard |

Basic Info (Short Form)                                                Form 5500 Year: 2011 ▼

Company: Strategic Insurance Resource, Inc.
Plan: Principal Benefit and Insurance Solutions
401K Plan

Find all plans with a specific provider or fund. brightscope SPYGLASS
ADVERTISEMENT

🖨 Print Complete 5500

## Form 5500 | Basic Information

### PLAN INFORMATION

| | |
|---|---|
| Plan Year | 01/04/2011 — 12/31/2011 |
| Effective Date of Plan | 06/01/2010 |
| Net Assets as of 12/31/2011 | $142,283 |
| Plan Number | 1 |
| Plan Type | Single Employer |
| Did the plan file for an extension of time or the DFVC Program? | Yes |

### PARTICIPANT INFORMATION AS OF 12/31/2011

| | |
|---|---|
| Total | 3 |
| Total number of participants as of 06/30/2011 | 3 |
| Number of participants with account balances | 3 |

### FINANCIAL INFORMATION AS OF 12/31/2011

| | |
|---|---|
| Total Assets (EOY) | $142,283 |
| Total Liabilities (EOY) | $0 |
| Net Assets (EOY) | $142,283 |

### FINANCIAL INFORMATION AS OF 01/01/2011

| | |
|---|---|
| Total Assets (BOY) | $136,659 |
| Total Liabilities (BOY) | $0 |
| Net Assets (BOY) | $136,659 |

### INCOME

| | |
|---|---|
| Cash from Employers | $2,438 |
| Cash from Participants | $4,621 |
| Others (including rollovers) | $0 |
| Other Income | $-1,458 |
| Total Income | $5,675 |
| Net Income | $3,624 |

### EXPENSES

| | |
|---|---|
| Total Benefit Payments | $0 |
| Corrective Distributions | $0 |
| Administrative Service Providers | $2,051 |
| Other Expenses | $0 |
| Total Expenses | $2,051 |
| Total Transfers | $0 |

### PLAN SPONSOR INFORMATION

| | |
|---|---|
| Address | 911? Adams Avenue Suite 101 Huntington Beach, CA 92648 |
| Telephone | (714) 965-1010 |
| EIN | 26-4003218 |
| Industry Code | 524210 |
| Named Administrator | Regina Melgoza |

### PLAN ADMINISTRATOR INFORMATION

| | |
|---|---|
| Administrator Name | Strategic Insurance Resource, Inc. |
| Address | 911? Adams Avenue Suite 101 Huntington Beach, CA 92648 |
| Telephone | (714) 965-1010 |
| Administrator EIN | 26-4003218 |

### BENEFITS PROVIDED UNDER THE PLAN

| Code | Benefit | Description |
|---|---|---|
| 2E | Profit-sharing | A defined contribution plan that allows employer discretionary contributions. These plans often contain a 401(k) feature |
| 2F | ERISA section 404(c) Plan | This plan, or any part of it is intended to meet the conditions of 29 CFR 2550.404c-1. |
| 2G | Total participant-directed account plan | Participants have the opportunity to direct the investment of all the assets allocated to their individual accounts, regardless of whether 29 CFR 2550.404c-1 is intended to be met. |
| 2J | Code section 401(k) feature | A cash or deferred arrangement described in Code section 401(k) that is part of a qualified defined contribution plan that provides for an election by employees to defer part of their compensation or receive these amounts in cash. |
| 2T | Participant-directed Account | Total or partial participant-directed account plan - plan uses default investment account for participants who fail to direct assets in their accounts. |
| 3D | Master plan | A pension plan that is made available by a sponsor for adoption by employers, that is the subject of a favorable opinion letter, and for which a single funding medium (for example, a trust or custodial account) is established for the joint use of all adopting employers. |

### QUESTION

| | | ANSWER | AMOUNT |
|---|---|---|---|
| 1. | During the plan year did the employer fail to transmit to the plan any participant contributions within the time period described in 29 CFR 2510.3-102? | Yes | $4,621 |
| 2. | Were there any nonexempt transactions with any plan -in-interest? | No | |
| 3. | Was the plan covered by a fidelity bond? | Yes | $100,000 |
| 4. | Did the plan have a loss, whether or not reimbursed by the plan's fidelity bond, that was caused by fraud or dishonesty? | No | |
| 5. | Were all the plan assets either distributed to participants or beneficiaries, transferred to another plan, or brought under the control of the PBGC? | No | |
| 6. | Has the plan failed to provide any benefit when due under the plan? | No | |
| 7. | If this is an individual account plan, was there a blackout period? | No | |
| 8. | If there was a blackout period, have you either provided the required notice or one of the exceptions to providing the notice applied under 29 CFR 2520.101-3? | | |

BrightScope
Data. Diligence. Decisions.

**Company**
About
Newsroom
Careers
Contact

**Site Links**
Advisor Pages
401k Ratings Directory
BrightScope Blog
FAQ

**Products**
Beacon
Advisor Pages
Spyglass
Plan Dashboard
Research

**Social**

EXHIBIT C
65

Name & Address:
Ian A. Stewart (State Bar No. 250689)
WILSON ELSER MOSKOWTIZ EDELMAN & DICKER LLP
555 South Flower Street, Suite 2900
Los Angeles, California  90071-2407
Tel: 213-443-5100/Fax: 213-443-5101
E-Mail: Ian.Stewart@wilsonelser.com

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRINCIPAL FINANCIAL SERVICES, INC. and PRINCIPAL LIFE INSURANCE COMPANY | CASE NUMBER |
| PLAINTIFF(S) | SACV13-409-JVS (MLGx) |
| v. | |
| STRATEGIC INSURANCE RESOURCE, INC., A CALIFORNIA CORPORATION | **SUMMONS** |
| DEFENDANT(S). | |

TO:   DEFENDANT(S):

A lawsuit has been filed against you.

Within 21____ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☒ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.   The answer or motion must be served on the plaintiff's attorney, Ian A. Stewart, Esq. Wilson Elser Moskowitz Edelman & Dicker , whose address is 555 South Flower Street, Suite 2900, Los Angeles, California  90071-2407 . If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Clerk, U.S. District Court

MARILYN D. (seal)

Dated:  MAR - 8 2013

By: _____
Deputy Clerk

*(Seal of the Court)*

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States.  Allowed 60 days by Rule 12(a)(3)].*

CV-01A (10/11)                                             **SUMMONS**                                                          CCD-1A

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)

PRINCIPAL FINANCIAL SERVICES, INC. and
PRINCIPAL LIFE INSURANCE COMPANY

**DEFENDANTS**

STRATEGIC INSURANCE RESOURCE, INC., A
CALIFORNIA CORPORATION

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

Ian A. Stewart (SBN 250689)
WILSON ELSER MOSKOWITZ EDELMAN & DICKE
555 South Flower Street, Suite 2900
Los Angeles, California 90071-2407
Tel: 213-443-5100/Fax: 213-443-5101
E-Mail: Ian.Stewart@wilsonelser.com

**Attorneys** (If Known)

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff   ☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant   ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☒ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify):   ☐ 6 Multi-District Litigation   ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes  ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes  ☒ No   ☒ MONEY DEMANDED IN COMPLAINT: $ To be determined

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

Lanham Act, 15 U.S.C. §1051 et seq.

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 530 General | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/Other | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | BANKRUPTCY | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | FORFEITURE/ PENALTY | PROPERTY RIGHTS |
| ☐ 490 Cable/Sat TV | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 810 Selective Service | ☐ 160 Stockholders' Suits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 190 Other Contract | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☒ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 195 Contract Product Liability | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Accommodations | ☐ 630 Liquor Laws | SOCIAL SECURITY |
| ☐ 890 Other Statutory Actions | ☐ 196 Franchise | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 640 R.R. & Truck | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | REAL PROPERTY | | ☐ 445 American with Disabilities - Employment | ☐ 650 Airline Regs | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | ☐ 210 Land Condemnation | IMMIGRATION | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety/Health | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | ☐ 220 Foreclosure | ☐ 462 Naturalization Application | ☐ 440 Other Civil Rights | ☐ 690 Other | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 230 Rent Lease & Ejectment | ☐ 463 Habeas Corpus-Alien Detainee | | | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Information Act | ☐ 240 Torts to Land | ☐ 465 Other Immigration Actions | | | FEDERAL TAX SUITS |
| ☐ 900 Appeal of Fee Determination Under Equal Access to Justice | ☐ 245 Tort Product Liability | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 290 All Other Real Property | | | | ☐ 871 IRS - Third Party 26 USC 7609 |

**FOR OFFICE USE ONLY:** Case Number: SACV13-409

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

VIII(a).   IDENTICAL CASES: Has this action been previously filed in this court and dismissed, remanded or closed? [X] No   [ ] Yes

If yes, list case number(s): _____

VIII(b).   RELATED CASES: Have any cases been previously filed in this court that are related to the present case? [X] No   [ ] Yes

If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:

(Check all boxes that apply)   [ ]   A.   Arise from the same or closely related transactions, happenings, or events; or

[ ]   B.   Call for determination of the same or substantially related or similar questions of law and fact; or

[ ]   C.   For other reasons would entail substantial duplication of labor if heard by different judges; or

[ ]   D.   Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

IX.  VENUE:  (When completing the following information, use an additional sheet if necessary.)

(a)   List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.

[ ]   Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
|  | Iowa |

(b)   List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.

[ ]   Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange County |  |

(c)   List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.

Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange County |  |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties

Note: In land condemnation cases, use the location of the tract of land involved

X.  SIGNATURE OF ATTORNEY (OR PRO PER): _____   Date   3/7/13

Notice to Counsel/Parties:   The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |